AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25cv1237

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Executive Office of The President

was received by me on *(date)* 09/22/2025 .

❒ I personally served the summons on the individual at *(place)* ______________________________

______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

☑ Other *(specify)*: I mailed a copy of the complaint and summons to The Executive Office of The President via certified mail on 9/22/25 at: 1600 Pennsylvania Avenue, NW Washington, DC 20500. The attached return receipt, showing delivery on 10/03/25
relates to that mailing.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/13/2025

Mackenzie Campbell

*Server's signature*

Mackenzie Campbell | Legal Administrative Assistant

*Printed name and title*

1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102

*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

Tracking / FAQs >

Track Packages Anytime, Anywhere
Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Remove ✕

**Tracking Number:**

## 9589071052702596607561

Copy   Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:04 am on October 3, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20500
October 3, 2025, 4:04 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20500
September 28, 2025, 10:58 am

**Arrived at Hub**
WASHINGTON, DC 20018
September 28, 2025, 8:47 am

**In Transit to Next Facility**
September 27, 2025

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
September 23, 2025, 11:52 am

Hide Tracking History

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25cv1237

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Attorney General Pam Bondi

was received by me on *(date)* 09/22/2025 .

❒ I personally served the summons on the individual at *(place)* __________________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because __________________ ; or

☑ Other *(specify)*: I mailed a copy of the complaint and summons to Attorney General Pam Bondi certified mail on 9/22/25 at: 950 Pennsylvania Avenue, NW Washington, DC 20530. The attached return receipt, showing delivery on 09/29/25 relates to that mailing.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/13/2025

Mackenzie Campbell

*Server's signature*

Mackenzie Campbell | Legal Administrative Assistant

*Printed name and title*

1751 Pinnacle Drive, Suite 1000 Tysons, VA 22102

*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

Tracking / FAQs >

Track Packages Anytime, Anywhere
Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Remove ✕

Tracking Number:

**9589071052702596607578**

Copy Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:50 am on September 29, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
September 29, 2025, 4:50 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
September 28, 2025, 1:04 pm

**Arrived at Hub**
WASHINGTON, DC 20018
September 28, 2025, 12:11 pm

**In Transit to Next Facility**
September 27, 2025

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
September 23, 2025, 11:50 am

Hide Tracking History

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25cv1237

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Attorney Erik Seibert

was received by me on *(date)* 09/22/2025 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I mailed a copy of the complaint and summons to U.S. Attorney Erik Seibert via certified mail on 9/22/25 at: 2100 Jamieson Avenue, Alexandria VA 22314. The attached return receipt, showing delivery on 09/24/25 relates to that mailing.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/13/2025

Mackenzie Campbell
*Server's signature*

Mackenzie Campbell | Legal Administrative Assistant
*Printed name and title*

1751 Pinnacle Drive, Suite 1000 Tysons, VA 22102
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

Tracking / FAQs >

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Tracking Number:

## 9589071052702596607554

Copy Add to Informed Delivery

Remove ✕

### Latest Update

Your item was delivered to an individual at the address at 1:54 pm on September 24, 2025 in ALEXANDRIA, VA 22314.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**

ALEXANDRIA, VA 22314
September 24, 2025, 1:54 pm

**Out for Delivery**

ALEXANDRIA, VA 22314
September 24, 2025, 6:39 am

**Arrived at Post Office**

ALEXANDRIA, VA 22314
September 24, 2025, 6:28 am

**Arrived at USPS Regional Facility**

MERRIFIELD VA DISTRIBUTION CENTER
September 23, 2025, 5:06 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean?

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25cv1237

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Department of Homeland Security

was received by me on *(date)* 09/22/2025 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: I mailed a copy of the complaint and summons to The Department of Homeland Security via certified mail on 9/22/25 at: 245 Murray Lane, SW Mail Stop 0485 Washington, DC 20528. The attached return receipt, showing delivery on 09/29/25 relates to that mailing.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/13/2025

Mackenzie Campbell

*Server's signature*

Mackenzie Campbell | Legal Administrative Assistant

*Printed name and title*

1751 Pinnacle Drive, Suite 1000 Tysons, VA 22102

*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®



Track Packages Anytime, Anywhere
Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Remove ✕

Tracking Number:

**9589071052702596607547**

Copy   Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 9:30 am on September 29, 2025 in WASHINGTON, DC 20528.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Left with Individual**
WASHINGTON, DC 20528
September 29, 2025, 9:30 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20528
September 28, 2025, 2:10 pm

**Arrived at Hub**
WASHINGTON, DC 20018
September 28, 2025, 8:01 am

**In Transit to Next Facility**
September 27, 2025

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
September 23, 2025, 7:49 pm

Hide Tracking History