**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MARY COMANS,

Plaintiff,

v.

EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,

Defendants.

Case No. 1:25-cv-01237 (MSN/WEF)

**[Proposed] ORDER**

Upon consideration of Defendants' motion for an extension of time due to the lapse in appropriations, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants' time to respond to Plaintiff's Complaint is extended for a period commensurate with the total duration of the shutdown.

Date: ______ ____________________________________________