**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MARY COMANS,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,<br><br>Defendants. | ) | Case No. 1:25-cv-01237 (MSN/WEF) |

**NOTICE OF WAIVER OF ORAL ARGUMENT ON DEFENDANTS' MOTION FOR EXTENTION OF TIME DUE TO LAPSE IN APPROPRIATIONS**

Defendants, through their undersigned counsel, hereby waive oral argument on their Motion for an Extension of Time Due to Lapse in Appropriations.

Dated: November 10, 2025

Respectfully submitted,

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

/s/
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3741
Fax: (703) 299-3983
Email: matthew.mezger@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*