**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MARY COMANS,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,<br><br>Defendants. | ) | Case No. 1:25-cv-01237 (MSN/WEF) |

**[Proposed] ORDER**

Upon consideration of Defendants' motion for an extension of time due to the lapse in appropriations, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants' time to respond to Plaintiff's Complaint is extended for a period commensurate with the total duration of the shutdown.

Date: ______ ____________________________________________