IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARY COMANS,
                Plaintiff,

v.

EXECUTIVE OFFICE OF THE
PRESIDENT, ET AL,
                Defendants.

1:25-cv-1237-MSN-WEF

ORDER

This matter comes before the Court on Defendants' Motion for Extension of Time to File Response (ECF 19).

It is hereby

ORDERED that the Motion (ECF 19) is GRANTED IN PART, and it is further

ORDERED that Defendants shall file their response to the Complaint on or before January 5, 2025; and it is further

ORDERED that any opposition and reply to any motion to dismiss filed by Defendants shall be filed according to the schedule set forth in the Local Civil Rules.

**IT IS SO ORDERED**.

The Clerk is directed to forward a copy of this Order to counsel of record.

                                                /s/
                                      Michael S. Nachmanoff
                                      United States District Judge

November 14, 2025
Alexandria, Virginia