**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MARY COMANS,

*Plaintiff*,

*v.*

EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,

*Defendants*.

No. 1:25-cv-01237-MSN-WEF

## NOTICE OF APPEARANCE

Please take notice that I, Cesar Azrak, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enter my appearance as counsel of record for the defendants in the above-captioned matter.

DECEMBER 30, 2025

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*