**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MARY COMANS,

          *Plaintiff*,

       *v.*

EXECUTIVE OFFICE OF THE PRESIDENT
*et al.*,

          *Defendants*.

No. 1:25-cv-01237-MSN-WEF

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION**

Defendants respectfully move the Court to dismiss Plaintiff's Complaint in its entirety

for lack of jurisdiction.  A memorandum of law in support is filed as an attachment to this

motion.

JANUARY 5, 2026

LINDSEY HALLIGAN
United States Attorney and Special Attorney

TODD W. BLANCHE
Deputy Attorney General

ROBERT K. MCBRIDE
First Assistant United States Attorney

      /s/
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3741
Fax:  (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*