# EXHIBIT B

Mary Comans

V.

Department of Homeland Security

MSPB Docket No. DC-0752-25-1783-I-1

I - Initial Appeal

| TAB | RECORD TYPE | DESCRIPTION OF DOCUMENT | ISSUED/RECEIVED DATE |
|---|---|---|---|
| 1 | IA | Appellant - Initial Appeal | 03/04/2025 |
| 2 | IA | Agency - Agency Rep Addition | 03/21/2025 |
| 3 | IA | MSPB - Acknowledgment Order | 03/24/2025 |
| 4 | IA | Agency - Request for Extension of Time | 04/03/2025 |
| 5 | IA | Appellant - Designation of Representative | 04/06/2025 |
| 6 | IA | Appellant - Designation of Representative | 04/06/2025 |
| 7 | IA | Appellant - Response to Agencys 04 03 2025 Request for Extension of Time | 04/07/2025 |
| 8 | IA | Agency - Agency Motion to Dismiss | 04/25/2025 |
| 9 | IA | Appellant - Designation of Representative | 05/05/2025 |
| 10 | IA | Appellant - Designation of Representative | 05/05/2025 |
| 11 | IA | Appellant - Response to Agencys 04 25 2025 Opposition to Agency Motion to Dismiss for Lack of Jurisdiction | 05/05/2025 |
| 12 | IA | Appellant - Designation of Representative | 05/08/2025 |
| 13 | IA | Agency - Agency Rep Addition | 09/04/2025 |
| 14 | IA | Agency - Withdrawal of Jurisdictional Objection | 09/04/2025 |
| 15 | IA | Agency - Agency Motion to Dismiss | 09/26/2025 |
| 16 | IA | Appellant - Request for Extension of Time | 09/29/2025 |
| 17 | IA | Agency - Agency Request to Take Judicial Notice | 09/30/2025 |
| 18 | IA | Appellant - Response to Agencys 09 26 2025 Motion to Dismiss | 11/18/2025 |
| 19 | IA | MSPB - Order to Show Cause  Jackler | 11/25/2025 |
| 20 | IA | Appellant - Change of Contact Information | 12/01/2025 |
| 21 | IA | Appellant - Response to 11 25 2025 Order to Show Cause | 12/01/2025 |
| 22 | IA | Appellant - Motion Requesting Leave to Serve Discovery | 12/01/2025 |
| 23 | IA | Agency - Response to 11 25 2025 Order to Show Cause | 12/01/2025 |
| 24 | IA | Agency - Request for Extension of Time | 12/04/2025 |
| 25 | IA | Agency - Notice of Withdrawal as Counsel | 12/04/2025 |

Mary Comans

V.

Department of Homeland Security

MSPB Docket No. DC-0752-25-1783-I-1

I - Initial Appeal

| TAB | RECORD TYPE | DESCRIPTION OF DOCUMENT | ISSUED/RECEIVED DATE |
|-----|-------------|-------------------------|----------------------|
| 26 | IA | Appellant - Designation of Representative | 12/16/2025 |
| 27 | IA | Agency - Response to Appellants 12 01 2025 Appellants Motion for Leave to Take Discovery | 12/19/2025 |