# Exhibit 5

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| MARY COMANS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-01237-MSN-WEF |
| | * | |
| EXECUTIVE OFFICE OF THE | * | |
| PRESIDENT, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF HEIDI BURAKIEWICZ

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct:

1.     I have almost exclusively represented federal employees and unions since graduating from law school in 2000.  Since January 2025, I have been in frequent communication with colleagues in the federal sector labor and employment law community about the current presidential administration's changes to the federal workforce including by terminations.  In addition to communicating and working with the Federal Workers Legal Defense Network: Rise Up, and other organizations providing assistance to federal workers, I have been in communication with attorney organizations of which I am a member about the large number of federal employee personnel actions including the National Employment Lawyers Association, the Metropolitan Washington Lawyers Association, and the AFL-CIO Union Lawyers Alliance.

2.     Based on my work and communications with other attorneys and organizations involved in federal sector labor and employment law, I am aware of thousands of federal employees who have been terminated since January 2025.  By far, the vast majority of those terminations are of probationary employees who did not yet have the protections of the Civil Service Reform Act ("CSRA") or were in connection with a Reduction in Force ("RIF") and do not invoke the

President's authority to terminate employees under Article II of the U.S. Constitution.  To the best of my knowledge, the President's Article II authority has been invoked only to terminate specific employees who are targets of the President.  Although there is no definitive report, I believe the government has terminated around one hundred employees pursuant to the President's asserted Article II authority.

3.	In addition to representing Mary Comans, I represent sixteen other federal employees who since January 2025 were terminated by the federal government when the President or his Department heads invoked the President's Article II authority.  In addition to the federal employees I represent, I have consulted with numerous other attorneys representing federal employees also terminated as a result of the President's asserted Article II authority.

4.	The termination of employees pursuant to the President's asserted Article II authority is not limited to attorneys or high-level employees such as those in the Senior Executive Service ("SES").  For example, I represent employees who worked at the GS-12 and GS-13 level and am in communication with the attorneys who represent an employee who worked at the GS-9 level.

01/20/2026
_____
Date

_Heidi Burakiewicz_
Heidi Burakiewicz (Jan 20, 2026 14:45:21 EST)
_____
Heidi R. Burakiewicz

2