# Exhibit 6

Mary Comans v. Department of Homeland Security

Docket # DC-0752-25-1783-I-1

Withdrawal of Jurisdictional Objection

Summary Page

Case Title :       Mary Comans v. Department of Homeland Security

Docket Number :        DC-0752-25-1783-I-1

Pleading Title :       Withdrawal of Jurisdictional Objection

Filer's Name :       John Koerner

Filer's Pleading Role :        Agency

Details about the supporting documentation

| # | Title / Description | Mode of Delivery |
|---|---|---|

Mary Comans v. Department of Homeland Security

Docket # DC-0752-25-1783-I-1

Withdrawal of Jurisdictional Objection

Table of Contents

Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Table of Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Interview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Body . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Certificate of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Mary Comans v. Department of Homeland Security

Docket # DC-0752-25-1783-I-1

Withdrawal of Jurisdictional Objection

Online Interview

1. Enter a brief title for your pleading.

Withdrawal of Jurisdictional Objection

2. Does your pleading assert facts that you know from your personal knowledge?

No

3. Do you declare, under penalty of perjury, that the facts stated in this pleading are true and correct?

Yes

UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
WASHINGTON REGIONAL OFFICE

| | | |
|---|---|---|
| MARY COMANS | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Docket No. DC-0752-25-1783-I-1 |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY | ) | |
| | ) | |
| Agency. | ) | Date: September 4, 2025 |
| | ) | |

### AGENCY WITHDRAWAL OF JURISDICTIONAL OBJECTION

The Agency hereby provides notice that it withdraws its objection to jurisdiction, as set forth in its April 25, 2025 Motion to Dismiss. The Agency intends to file an amended motion to dismiss seeking dismissal of this appeal on the merits.

Respectfully submitted,


***John T. Koerner***
John T. Koerner
Assistant General Counsel, Labor &
Employment Law
Michelle L. Perry
Senior Attorney-Advisor
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528
Telephone: (202) 282-9563
Michelle.perry@hq.dhs.gov

Ashley Darbo, Trial Attorney
Department of Homeland Security
Federal Emergency Management Agency
Office of Chief Counsel
500 C Street, S.W., 7SW
Washington, D.C. 20472-3179

T:      202-212-4962
M:      202-286-5875
ashley.darbo@fema.dhs.gov

# Certificate of Service

e-Appeal has handled service of the assembled pleading to MSPB and the following Parties.

| Name & Address | Documents | Method of Service |
|---|---|---|
| MSPB: Washington Regional Office | Withdrawal of Jurisdictional Objection | e-Appeal |
| Burakiewicz, Heidi | Withdrawal of Jurisdictional Objection | e-Appeal |
| Darbo, Ashley | Withdrawal of Jurisdictional Objection | e-Appeal |
| Moss, Bradley | Withdrawal of Jurisdictional Objection | e-Appeal |
| Null, Taryn | Withdrawal of Jurisdictional Objection | e-Appeal |
| Perry, Michelle | Withdrawal of Jurisdictional Objection | e-Appeal |
| Zaid, Mark | Withdrawal of Jurisdictional Objection | e-Appeal |

I agree to send a printed copy of the electronic pleading with attachments to all parties by the end of next business day, as follows:

| Name & Address | Documents | Method of Service |
|---|---|---|
| Comans, Mary<br><br>1317 S Glebe Road Arlington, Virginia 22203 United States of America | Withdrawal of Jurisdictional Objection | US Mail |