**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| MARY COMANS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-01237-MSN-WEF |
| | * | |
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al*., | * | |
| | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION WAIVER OF ORAL ARGUMENT AND REQUEST FOR EXPEDITED CONSIDERATION**

Plaintiff Mary Comans hereby moves for leave to file the attached Sur-Reply in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction, Doc. No. 26, and for expedited consideration. In support of this Motion, Plaintiff states:

Defendants argued in their original Memorandum in Support of their Motion to Dismiss, Doc. No. 27, that all claims should be dismissed for lack of jurisdiction because they must be brought before the Merit Systems Protection Board. Defendants did not make any separate argument addressing Ms. Comans' liberty interest claim. In her Opposition to the Motion, Doc. No. 29, Ms. Comans both addressed Defendants' argument concerning all claims and made a separate argument concerning the liberty interest claim. *Id*. at 22-30. In their Reply, Doc. No. 31, Defendants for the first time made an argument addressed specifically to the liberty interest claim, citing three cases not cited in their original Memorandum: *Hall v. Clinton*, 235 F.3d 202

(4th Cir. 2000); *Zimbelman v. Savage*, 228 F.3d 367 (4th Cir. 2000); and *El v. Dep't of Commerce*, 2016 WL 9113570 (E.D. Va. 2016). *See* Doc. No. 31 at 11-16.

Ms. Comans short Sur-Reply solely addresses those three cases.

Defendants counsel has informed the undersigned that "Defendants take no position on Plaintiff's request but believe that any further argumentation would be best left to oral argument."

Ms. Comans believes permitting her to address the three newly cited cases in writing, prior to argument will be beneficial to the Court's deliberation concerning the Motion to Dismiss.

Ms. Comans waives oral argument of this Motion for Leave to File.

Date: February 2, 2026

Respectfully Submitted,

*/s/ Kevin Byrnes*
Kevin Byrnes, VSB 47623
Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
T: (703) 590-1234
F: (703) 590-0366
kbyrnes@fluet.law
e-file@fluet.law

*/s/ Abbe David Lowell*
Abbe David Lowell (DDC No. 358651)
David A. Kolansky (DDC No. 7680722)
Isabella M. Oishi (DDC No. 7680428)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, D.C. 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassocates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

*/s/ Heidi R. Burakiewicz*
Heidi R. Burakiewicz (DDC No. 473973)
BURAKIEWICZ & DEPRIEST, PLLC
1120 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
T: (202) 856-7500
HBurakiewicz@bdlawdc.com

*/s/ Mark S. Zaid*
Mark S. Zad (DDC No. 440532)
Bradley P. Moss (DDC No. 975905)
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
T: (202) 498-0011
Mark@markzaid.com
brad@markzaid.com

*/s/ Harold Craig Becker*
Harold Craig Becker (D.C. Bar #371239)
Taryn Wilgus Null (D.C. Bar #985724)
Norman L. Eisen (D.C. Bar #435051)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, S.E., No. 15180
Washington, D.C. 20003
T: (202) 594-9958
craig@democracydefenders.org
taryn@democracydefenders.org
norman@democracydefenders.org

*/s/ Margaret M. Donovan*
Margaret M. Donovan (pro hac vice)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 2, 2026 I caused the foregoing to be served on all counsel of record for the Defendants via CM/ECF.

*/s/Kevin E. Byrnes*
Kevin E. Byrnes, Esq.