# MOTION HEARING

Date: 2/13/2026

Start: 10:34 A.M.
Finish: 11:22 A.M.

Judge: Michael S. Nachmanoff
Reporter: Diane Salters
Deputy Clerk: Lynnelle Creek

**CIVIL ACTION NUMBER: 1:25-cv-1237**

**Comans v. Executive Office of the President, et al**

---

## APPEARANCE OF COUNSEL

**PLAINTIFF**
Harold Becker
Kevin Byrns

**DEFENDANT**
Cesar Azrak
Matthew Mezger

---

## PROCEEDING

1. Motion to Dismiss by Defendants (Dkt. 26)- Taken Under Advisement.
2. Motion for Leave to File Sur-Reply by Plaintiff (Dkt. 32)- Granted.

---

(  ) Report and Recommendation to Follow
( ✓) Order to Follow