UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARY COMANS, | * |
| | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 1:25-cv-01237-MSN-WEF |
| | * |
| EXECUTIVE OFFICE OF THE | * |
| PRESIDENT, *et al.*, | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION**

In her Memorandum in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction, Docket No. 29, Plaintiff Mary Comans argued that the President now takes the position that he can terminate Merit Systems Protection Board Administrative Judges without cause and without according any due process. *Id*. at 9-10.

On February 6, 2026, the Office of Personnel Management published a final rule in the Federal Register, *Improving Performance, Accountability and Responsiveness in the Civil Service*, RIN: 3206-AO80, 91 Fed. Reg. 5,580 (Feb. 6, 2026). Counsel for Ms. Comans was unable to review the entire 78-page document until after argument on the motion to dismiss which took place on February 13, 2026.

In the final rule, OPM states:

> The MSPB employs dozens of administrative judges to hear adverse action appeals. . . . MSPB AJs exercise substantial administrative authority because they decide whether to uphold or reverse employee removals, demotions, and long-term suspensions across the executive branch. If the CSRA is construed to prevent the President from waiving their adverse action procedures, then . . . chapter 75 cannot be constitutionally applied to MSPB administrative judges.

*Id*. at 5,635 (footnote omitted).

1

The final rule thus confirms Ms. Comans' contention that the President now takes the position that he can remove MSPB Administrative Judges without cause and without due process regardless of the contrary provisions in the CSRA.[1]

Dated: February 20, 2026

Respectfully submitted,

/s/ Kevin Byrnes
Kevin Byrnes, VSB 47623
Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
T: (703) 590-1234
F: (703) 590-0366
kbyrnes@fluet.law
e-file@fluet.law

/s/ Abbe David Lowell
Abbe David Lowell (pro hac vice)
David A. Kolansky (pro hac vice)
Isabella M. Oishi (pro hac vice)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, D.C. 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassocates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

/s/ Heidi R. Burakiewicz
Heidi R. Burakiewicz (pro hac vice)
BURAKIEWICZ & DEPRIEST, PLLC 1120
Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
T: (202) 856-7500
HBurakiewicz@bdlawdc.com

/s/ Mark S. Zaid
Mark S. Zaid (pro hac vice)
Bradley P. Moss (pro hac vice)
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
T: (202) 498-0011
Mark@markzaid.com
brad@markzaid.com

/s/ Harold Craig Becker
Harold Craig Becker (pro hac vice)
Taryn Wilgus Null (pro hac vice)
Norman L. Eisen (pro hac vice)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, S.E., No. 15180
Washington, D.C. 20003
T: (202) 594-9958
craig@democracydefenders.org
taryn@democracydefenders.org
norman@democracydefenders.org

/s/ Margaret M. Donovan
Margaret M. Donovan (pro hac vice)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
mdonovan@koskoff.com

*Counsel for Plaintiff*

---

[1] This notice does not address *Abramowitz v. Lake*, 803 F.Supp.3d 1 (D.D.C. 2025), a decision noted by the Court during argument on the motion to dismiss, but, if the court requests additional briefing addressing the decision, Plaintiff's counsel would welcome the opportunity to address the matter.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 20, 2026 I caused the foregoing to be served on all counsel of record for the Defendants via CM/ECF.

                                                                     */s/Kevin E. Byrnes*
                                                                       Kevin E. Byrnes, Esq.