**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| MARY COMANS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-01237-MSN-WEF |
| | * | |
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * *

**PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION**

In their Memorandum in Support of Motion to Dismiss for Lack of Jurisdiction, Docket No. 27 at 1, 4, Defendants cite Plaintiff Mary Comans' appeal, then pending, at the Merit Systems Protection Board.

On March 11, 2026, that appeal was dismissed without prejudice. The Chief Administrative Judge's order dismissing the appeal without prejudice is attached.

Respectfully submitted,

*/s/ Kevin Byrnes*
Kevin Byrnes, VSB 47623
Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
T: (703) 590-1234
F: (703) 590-0366
kbyrnes@fluet.law
e-file@fluet.law

*/s/ Abbe David Lowell*
Abbe David Lowell (pro hac vice)
David A. Kolansky (pro hac vice)
Isabella M. Oishi (pro hac vice)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, D.C. 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassocates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

*/s/ Heidi R. Burakiewicz*
Heidi R. Burakiewicz (pro hac vice)
BURAKIEWICZ & DEPRIEST, PLLC
1120 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
T: (202) 856-7500
HBurakiewicz@bdlawdc.com

*/s/ Mark S. Zaid*
Mark S. Zaid (pro hac vice)
Bradley P. Moss (pro hac vice)
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
T: (202) 498-0011
Mark@markzaid.com
brad@markzaid.com

*/s/ Harold Craig Becker*
Harold Craig Becker (pro hac vice)
Taryn Wilgus Null (pro hac vice)
Norman L. Eisen (pro hac vice)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, S.E., No. 15180
Washington, D.C. 20003
T: (202) 594-9958
craig@democracydefenders.org
taryn@democracydefenders.org
norman@democracydefenders.org

*/s/ Margaret M. Donovan*
Margaret M. Donovan (pro hac vice)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2026 I caused the foregoing to be served on all counsel of record for the Defendants via CM/ECF.

*/s/ Kevin E. Byrnes*
Kevin E. Byrnes, Esq.