**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| MARY COMANS,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 1:25-cv-01237-MSN-WEF |

* * * * * * * * * * * * *

**PLAINTIFF'S THIRD NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION**

In her Second Notice of Supplemental Authority (ECF No. 37) in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction, ECF No. 27, Plaintiff Mary Comans cited and attached the Merit Systems Protection Board's Chief Administrative Law Judge's March 11, 2026, order dismissing her appeal without prejudice. The order was based on the pendency of two cases before the MSPB. The MSPB has now decided those two cases. The decision in *Jackler and Jaroch Consolidation v. Department of Justice*, 2026 MSPB 3 (Mar. 20, 2026), is attached. That decision has already been appealed to the Federal Circuit, where it has been assigned case number 26-1575.

Dated: March 27, 2026

Respectfully submitted,

*/s/ Kevin Byrnes*
Kevin Byrnes, VSB 47623 Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
T: (703) 590-1234
F: (703) 590-0366
kbyrnes@fluet.law
e-file@fluet.law

*/s/ Abbe David Lowell*
Abbe David Lowell (pro hac vice)
David A. Kolansky (pro hac vice)
Isabella M. Oishi (pro hac vice)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, D.C. 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassocates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

*/s/ Heidi R. Burakiewicz*
Heidi R. Burakiewicz (pro hac vice)
BURAKIEWICZ & DEPRIEST, PLLC
1120 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
T: (202) 856-7500
HBurakiewicz@bdlawdc.com

*/s/ Mark S. Zaid*
Mark S. Zaid (pro hac vice)
Bradley P. Moss (pro hac vice)
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
T: (202) 498-0011
Mark@markzaid.com
brad@markzaid.com

*/s/ Harold Craig Becker*
Harold Craig Becker (pro hac vice)
Taryn Wilgus Null (pro hac vice)
Norman L. Eisen (pro hac vice)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, S.E., No. 15180
Washington, D.C. 20003
T: (202) 594-9958
craig@democracydefenders.org
taryn@democracydefenders.org
norman@democracydefenders.org

*/s/ Margaret M. Donovan*
Margaret M. Donovan (pro hac vice)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 27, 2026 I caused the foregoing to be served on all counsel of record for the Defendants via CM/ECF.

*/s/ Kevin E. Byrnes*
Kevin E. Byrnes, Esq.