IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARY COMANS,
*Plaintiff,*
v.

EXECUTIVE OFFICE OF THE PRESIDENT, DEPARTMENT OF HOMELAND SECURITY, AND UNITED STATES OF AMERICA,
*Defendants.*

1:25-cv-01237-MSN-WEF

ORDER

This matter comes before the Court on Defendants' Motion to Dismiss (ECF 26).

It is hereby

ORDERED that, on or before Tuesday, April 7, 2026, the parties shall each file a brief of no more than fifteen (15) pages addressing whether the MSPB has jurisdiction over Plaintiff's claims based on the interaction between 5 U.S.C. §§ 7542, 7543(a), (b), (d). Thereafter, no opposition or reply shall be permitted without further order of this Court.

**IT IS SO ORDERED.**

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

March 31, 2026
Alexandria, Virginia