**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MARY COMANS,<br><br>*Plaintiff*,<br><br>*v.*<br><br>EXECUTIVE OFFICE OF THE PRESIDENT; DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | No. 1:25-cv-01237 (MSN/WEF) |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, through their undersigned counsel, and with Plaintiff's consent, respectfully moved for a limited twenty-one day enlargement of time to respond to Plaintiff's Complaint. Good cause for this motion exists as follows:

1. Plaintiff, a former employee of the Federal Emergency Management Agency, initiated this civil action on July 24, 2025 to challenge her removal from the federal service. *See generally* Dkt. 1.

2. Defendants timely responded to Plaintiff's Complaint on January 5, 2026, by moving to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction. Dkt. 27.

3. On April 15, 2026, this Court partially denied Defendants' motion to dismiss. Dkt. 42. As part of the Court's Order, the Court directed Defendants to "respond to the Complaint within (14) days of the entry of this Order." Dkt. 42. at 11. As such, Defendants' current deadline to respond to the Complaint is April 29, 2026.

4. Defendants seek a limited twenty-one day extension of this deadline. If granted, the new deadline to respond to the Complaint would be May 20, 2026.

5. Despite undersigned counsel's best efforts to meet this deadline, undersigned counsel seeks this enlargement of time due to other competing deadlines in other cases and other obligations. For example, just this past week, undersigned counsel has filed several responses to immigration habeas matters, has at least two responses due in the next two weeks, filed a formal appellate brief in the United States Court of Appeals for the Federal Circuit, filed a motion to dismiss in the United States Court of Appeals for the Fourth Circuit, is preparing for Fourth Circuit oral argument on May 5, 2026, and is juggling several competing discovery obligations. Moreover, as part of undersigned counsel's managerial obligations, undersigned counsel has been and will continue to interview multiple candidates for volunteer externship positions and full-time staff positions.

6. Defendants' counsel asked Plaintiff's counsel for Plaintiff's position on this motion. Plaintiff's counsel has consented to the requested relief.

7. A proposed order is attached for the Convenience of the Court.

//

//

//

April 24, 2026

*Respectfully submitted,*

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

/s/
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3741
Fax: (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*