**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MARY COMANS,

*Plaintiff*,

*v.*

EXECUTIVE OFFICE OF THE PRESIDENT; DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,

*Defendants*.

No. 1:25-cv-01237 (MSN/WEF)

**[PROPOSED] ORDER**

This matter comes before the Court on Defendants' Consent Motion for an Enlargement of Time to Respond to Plaintiff's Complaint. Upon consideration thereof and for good cause shown, it is hereby

ORDERED that Defendants' Consent Motion is GRANTED; and it is further

ORDERED that Defendants shall respond to Plaintiff's Complaint on or before May 20, 2026.

Date: ______________________