**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| MARY COMANS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-01237-MSN-WEF |
| | * | |
| EXECUTIVE OFFICE OF THE | * | |
| PRESIDENT, *et al*., | * | |
| | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>PROPOSED ORDER</u>**

Upon consideration of Plaintiff Mary Comans' Motion for Partial Summary Judgment, and Plaintiff's accompanying Memorandum in support of that motion, any opposition, and any reply, it is hereby ORDERED that Plaintiff's motion is GRANTED.

It is FURTHER ORDERED that summary judgment is GRANTED as to Plaintiff's procedural due process claims that Defendants deprived her without due process of law of (1) her protected property interest in continued employment with FEMA and (2) her protected liberty interest in her good name.

Dated: _____                    _____
                                              Michael Nachmanoff
                                              United States District Judge