# Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| MARY COMANS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-01237-MSN-WEF |
| | * | |
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, | * | |
| | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * *

**DECLARATION OF MARY COMANS**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I started my employment with the federal government in 2004 as a Presidential Management Fellow, first at the U.S. Food and Drug Administration ("FDA"), and then at the U.S. Department of Homeland Security's ("DHS") headquarters to which I moved in 2005. In that capacity, I started as a GS-11 Budget Analyst and earned promotions to the GS-14 level. In 2009, I left DHS headquarters and took a GS-14 position as a Senior Advisor to the Budget Director at the Transportation Security Administration ("TSA"). I held that position for approximately one year before I was promoted to the GS-15 level as a Branch Chief. In that position, I attended the National Defense University, where I earned a master's degree in national security and resource strategy, and had a detail assignment as the Chief of Staff of the Joint Requirements Council at DHS headquarters.

2. In 2016, I applied for and was selected as the Deputy Chief Financial Officer at the Federal Emergency Management Agency ("FEMA"). This was my first position within the Senior Executive Service ("SES").

3. In approximately March 2017, the Chief Financial Officer ("CFO") left FEMA and the Acting Deputy Administrator asked me to fill the position in an acting capacity. I submitted an application after FEMA advertised the vacant CFO position in approximately May 2017, and participated in a panel interview with career SES employees. Had FEMA's Deputy Administrator position not been vacant, the person in that position would have been the selecting official for the CFO position. Because the Deputy Administrator position was vacant, the FEMA Administrator selected me for the CFO position in December 2017, and I permanently occupied the position as of January 2018. I was not appointed by the Secretary of the Department of Homeland Security ("DHS"), of which FEMA is a part. I held the CFO position until February 2025. As CFO, I served under three different Senate-confirmed Administrators.

4. On February 11, 2025, I received a notice of removal from my position that cited only Article II, Section 1 of the U.S. Constitution as the authority. No cause for my removal was identified. *See* Ex. A. The notice was signed by MaryAnn Tierney, Senior Official Performing the Duties of the Deputy Administrator, FEMA, and stated in full:

> This is an official notice that, effective immediately, you are being removed from your position with the Federal Emergency Management Agency and from Federal service. This action is being taken pursuant to Article II of the United States Constitution, at the direction of the President. Article II, § 1 states that the executive Power "shall be vested in a President of the United States of America," and this termination is an exercise of that vested power.

5. Prior to receiving notice of my immediate termination on February 11, 2025, I did not know that FEMA, DHS, or the President were considering terminating my employment. The government did not give me any notice of or an opportunity to respond to any alleged performance or conduct issues.

6. In addition to not giving me an opportunity to be heard concerning my termination, FEMA did not give me an opportunity to be heard regarding the statements that agency and federal officials made about me and the circumstances surrounding my termination.

7. I was not accorded any form of name-clearing hearing before or after the

stigmatizing statements were made.

Dated: May 7, 2026

Mary Comans

# Exhibit A

**U.S. Department of Homeland Security**
Washington, DC 20528

**Homeland Security**

**MEMORANDUM**

TO: Mary Comans
Chief Financial Officer
Federal Emergency Management Association

FROM: MaryAnn Tierney
Senior Official Performing the Duties of the Deputy Administrator
Federal Emergency Management Association

**SUBJECT:** Notice of Termination

**DATE:** February 11, 2025

---

This is an official notice that, effective immediately, you are being removed from your position with the Federal Emergency Management Agency and from Federal service. This action is being taken pursuant to Article II of the United States Constitution, at the direction of the President. Article II, § 1 states that the executive Power "shall be vested in a President of the United States of America," and this termination is an exercise of that vested power.

**INSTRUCTIONS:** As of February 11, 2025, your access to all DHS systems will be terminated. You must turn in all Government-issued equipment including but not limited to cellular phones, laptop computers, iPhone-type devices, keys, and any DHS office files or back-up (key drives/discs) computer files you have in your possession. You must also ensure your DHS-issued credentials and access cards, to include a parking permit and/or government issued transit subsidy, are returned at this time. You are instructed to provide a personal e-mail address where you can be contacted to make further arrangements.

----------------------------------------------------------------------------------------------------

**ACKNOWLEDGEMENT OF RECEIPT:**

Please sign the acknowledgement of receipt below. Your signature does not indicate agreement or disagreement with the contents of this document; it only serves as verification of your receipt of it. Conversely, your refusal to sign[1] will not invalidate this document.

[1] If the employee refuses to sign acknowledging receipt, the supervisor should so annotate this on the file copy of this document.