**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| MARY COMANS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-01237-MSN-WEF |
| | * | |
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * *

## PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Local Civil Rule 7(h)(1), Plaintiff Mary Comans submits this statement of material facts as to which there exist no genuine dispute in support of her motion for partial summary judgment.

1. Ms. Comans started her employment with the federal government in 2004 as a Presidential Management Fellow, first at the U.S. Food and Drug Administration ("FDA"), and then at the U.S. Department of Homeland Security's ("DHS") headquarters to which she moved in 2005. In that capacity, she started as a GS-11 Budget Analyst and earned promotions to the GS-14 level. In 2009, she left DHS headquarters and took a GS-14 position as a Senior Advisor to the Budget Director at the Transportation Security Administration ("TSA"). Ms. Comans held that position for approximately one year before she was promoted to the GS-15 level as a Branch Chief. In that position, she attended the National Defense University, where she earned a master's degree in national security and resource strategy, and had a detail assignment as the Chief of Staff of the Joint Requirements Council at DHS headquarters. May 7, 2026 Declaration of Mary Comans at ¶

1 ("Comans Decl."), attached at Memorandum in Support of Motion for Partial Summary Judgment (filed May 8, 2026), Ex. 1.

2. In 2016, Ms. Comans applied for and was selected as the Deputy Chief Financial Officer at the Federal Emergency Management Agency ("FEMA"). This was her first position within the Senior Executive Service ("SES"). *Id*. at ¶ 2.

3. In approximately March 2017, the Chief Financial Officer ("CFO") left FEMA and the Acting Deputy Administrator asked Ms. Comans to fill the position in an acting capacity. She submitted an application after FEMA advertised the vacant CFO position in approximately May 2017, and participated in a panel interview with career SES employees. Had FEMA's Deputy Administrator position not been vacant, the person in that position would have been the selecting official for the CFO position. Because the Deputy Administrator position was vacant, the FEMA Administrator selected Ms. Comans for the CFO position in December 2017, and she permanently occupied the position as of January 2018. She was not appointed by the Secretary of the Department of Homeland Security ("DHS"), of which FEMA is a part. She held the CFO position until February 2025. As CFO, Ms. Comans served under three different Senate-confirmed Administrators. *Id*. at ¶ 3.

4. On February 11, 2025, Ms. Comans received a notice of removal from her position that cited only Article II, Section 1 of the U.S. Constitution as the authority. No cause for her removal was identified. The notice was signed by MaryAnn Tierney, Senior Official Performing the Duties of the Deputy Administrator, FEMA, and stated in full:

> This is an official notice that, effective immediately, you are being removed from your position with the Federal Emergency Management Agency and from Federal service. This action is being taken pursuant to Article II of the United States Constitution, at the direction of the President. Article II, § 1 states that the executive Power "shall be vested in a President of the United States of America," and this termination is an exercise of that vested power.

*Id*. at ¶ 4, Ex. A.

5. Prior to receiving notice of her immediate termination on February 11, 2025, Ms. Comans did not know that FEMA, DHS, or the President were considering terminating her employment. The government did not give her any notice of or an opportunity to respond to any alleged performance or conduct issues. *Id*. at ¶ 5.

6. On February 11, 2025, DHS publicly issued a press release that stated that Ms. Comans had been fired "for circumventing leadership to unilaterally make egregious payments for luxury NYC hotels for migrants." The release also stated that "[u]nder President Trump and Secretary Noem's leadership, DHS will not sit idly and allow deep state activists to undermine the will and safety of the American people." Press Release, U.S. Dep't of Homeland Sec., Statement from a DHS Spokesperson on Termination of 4 FEMA Employees Who Made Payments to Luxury Hotels for Migrants (Feb. 11, 2025), https://www.dhs.gov/news/2025/02/11/statement-dhs-spokesperson-termination-4-fema-employees-who-made-payments-luxury.

7. On February 11, 2025, Defendant DHS' spokesperson, Tricia McLaughlin, told *The New York Times* that four FEMA employees had been terminated "for circumventing leadership to unilaterally make egregious payments for luxury N.Y.C. hotels for migrants." She also told the paper that those fired included the agency's chief financial officer, Ms. Comans. McLaughlin continued, "Under President Trump and Secretary Noem's leadership, D.H.S. will not sit idly and allow deep-state activists to undermine the will and safety of the American people." *See* Luis Ferré-Sadurní, *Top FEMA Official Is Fired Over Payments for N.Y.C. Migrant Shelters,* New York Times (Feb. 11, 2025), https://www.nytimes.com/2025/02/11/nyregion/fema-fired-nyc-migrant-hotels.html.

8. Also on February 11, 2025, Elon Musk, then an official of the federal government,

retweeted a tweet containing a photograph of Ms. Comans and the statement, "FEMA CFO Mary Comans was just fired for funneling $58M to illegal migrant hotels in Manhattan," and called it a "criminal action." Elon Musk (@elonmusk), X (Feb. 11, 2025, 11:05 AM), https://x.com/elonmusk/status/1889375112001892414.

9. The President himself posted on Truth Social on February 11, 2025, "FEMA spent millions of dollars in Democrat areas, disobeying orders…" Donald J. Trump (@realdonaldtrump), Truth Social (Feb. 11, 2025, 10:29 AM), https://truthsocial.com/@realDonaldTrump/posts/113985962341531654.

10. A spokesperson for DHS also told CNN the fired FEMA workers "effectively laundered the forbidden funding" and "knowingly hid this information from legal counsel to manipulate the funding process and undermine the Secretary's order." *See* Gabe Cohen, *"We're not preparing": As Trump officials vow to eliminate FEMA, the agency is already in turmoil*, CNNPolitics, (Mar. 26, 2025), https://www.cnn.com/2025/03/26/politics/fema-payments-staffing-stalled-turmoil.

11. In addition to not giving Ms. Comans an opportunity to be heard concerning her termination, FEMA did not give her an opportunity to be heard regarding the statements that agency and federal officials made about her and the circumstances surrounding her termination. Comans Decl. at ¶ 6.

12. Ms. Comans was not accorded any form of name-clearing hearing before or after the stigmatizing statements were made. *Id*. at ¶ 7.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 8, 2026

*/s/ Taryn Wilgus Null*
Taryn Wilgus Null