**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| MARY COMANS,<br><br> *Plaintiff,*<br><br> *v.*<br><br> EXECUTIVE OFFICE OF THE PRESIDENT<br>*et al.*,<br><br> *Defendants.* | No. 1:25-cv-01237-MSN-WEF |

**JOINT MOTION FOR BRIEFING SCHEDULE, CONTINUANCE OF HEARING, AND EXTENSION OF ANSWER DEADLINE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff Mary Comans and Defendants Executive Office of the President, Department of Homeland Security, and United States of America—together, the "Parties"—jointly move the Court to (i) set the below briefing schedule on the Parties' pending and forthcoming motions for summary judgment, (ii) extend Defendants' deadline by which to file their Answer, and (iii) continue the hearing on Plaintiff's motion for partial summary judgment currently set for June 26, 2026.  In support of the motion, the Parties state as follows:

1.      On April 15, 2026, the Court granted in part and denied in part Defendants' motion to dismiss for lack of jurisdiction.  ECF #42.  The Court also ordered Defendants to file their Answer to the Complaint no later than April 29, 2026.  *See id.*

2.      On April 24, 2026, Defendants moved, with Plaintiff's consent, for an extension of time in which to file their Answer.  ECF #43.  Later that day, the Court granted the motion, setting Defendants' new deadline for May 20, 2026.  ECF #44.

3.      On May 8, 2026, before Defendants filed any Answer, Plaintiff filed her motion for partial summary judgment on two of the four claims remaining in this case.  ECF #45.  By rule, Defendants' brief in opposition to Plaintiff's motion is due by May 22, 2026.  E.D. Va. L.R. 7(F)(1).

4.      In a single forthcoming brief, Defendants intend to simultaneously (i) oppose Plaintiff's motion for partial summary judgment and (ii) cross-move for summary judgment in their favor.

5.      To permit a sufficient and orderly briefing schedule for each motion, the Parties have agreed to the following deadlines, without prejudice to any future motions for extensions of time:

   a.   That Defendants' combined opposition and cross-motion for summary judgment be due June 1, 2026;

   b.   That Plaintiff's combined reply in support of partial summary judgment and opposition to Defendants' summary-judgment motion be due June 18, 2026; and

   c.   That Defendants' reply in support of summary judgment be due July 2, 2026.

6.      Accordingly, the Parties jointly request that the Court enter the above briefing schedule for the Parties' summary-judgment motions.

7.      To accommodate both the above briefing schedule and the availability of counsel, the Parties further jointly request that the Court continue the hearing on Plaintiff's partial summary-judgment motion currently set for June 26, 2026, and that the Court instead set a hearing for the Parties' two summary-judgment motions concurrently on July 10, 2026.

8.      Finally, the Parties jointly request that the Court extend Defendants' Answer deadline to 14 days after the Court's resolution of the Parties' summary-judgment motions.

9.      Good cause exists for the foregoing modifications to the schedule and deadlines in this case.  The Parties have worked together diligently to ensure a briefing schedule and hearing date that accommodates the needs of both the Parties and their counsel.  Allowing orderly briefing of the Parties' cross-motions for summary judgment will hasten the ultimate resolution of this case on the merits of the Parties' dispute.  Finally, because the Parties are in agreement that this case currently presents no disputed material facts, no discovery is necessary for the Court to resolve the Parties' summary-judgment motions.  For that reason, delaying the filing of any Answer until after the Court's resolution of those motions will conserve the resources of the Parties and ensure maximum efficiency in the resolution of this case.

10.     Accordingly, the Parties jointly and respectfully ask that the Court enter an order setting the above agreed-upon briefing schedule; setting a joint hearing on the Parties' summary-judgment motions on July 10, 2026, in lieu of the current hearing on Plaintiff's partial summary-judgment motion currently set for June 26, 2026; and extending Defendants' Answer deadline to 14 days after the Court's resolution of the Parties' summary-judgment motions.

11.     The Parties waive hearing on this motion.

12.     A proposed order is attached for the Court's consideration.

MAY 19, 2026

TODD W. BLANCHE
Acting Attorney General

_____/s/_____
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3741
Fax:    (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

*/s/ Abbe David Lowell*
Abbe David Lowell (D.C. Bar #358651)
David A. Kolansky (D.C. Bar #7680722)
Isabella M. Oishi (D.C. Bar #7680428)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, D.C. 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassocates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

*/s/ Heidi R. Burakiewicz*
Heidi R. Burakiewicz (D.C. Bar #473973)
BURAKIEWICZ & DEPRIEST, PLLC
1120 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
T: (202) 856-7500
HBurakiewicz@bdlawdc.com

*/s/ Mark S. Zaid*
Mark S. Zaid (D.C. Bar #440532)
Bradley P. Moss (D.C. Bar #975905)
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
T: (202) 498-0011
Mark@MarkZaid.com
Brad@MarkZaid.com

*/s/ Harold Craig Becker*
Harold Craig Becker (D.C. Bar #371239)
Taryn Wilgus Null (D.C. Bar #985724)
Norman L. Eisen (D.C. Bar #435051)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, S.E., No. 15180
Washington, D.C. 20003
T: (202) 594-9958
craig@democracydefenders.org
taryn@democracydefenders.org
norman@democracydefenders.org

4

/s/ Margaret M. Donovan
Margaret M. Donovan (*pro hac vice*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com

/s/ Kevin Byrnes
Kevin Byrnes, VSB 47623
Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
T: (703) 590-1234
F: (703) 590-0366
KevinByrnes@patriotslaw.com
e-file@fluet.law

*Counsel for Plaintiff*