**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MARY COMANS,<br><br>*Plaintiff*,<br><br>*v.*<br><br>EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,<br><br>*Defendants*. | No. 1:25-cv-01237-MSN-WEF |

**ORDER**

Upon consideration of the Parties' joint Motion for Briefing Schedule, Continuance of Hearing, and Extension of Answer Deadline, and for good cause shown, it is hereby

ORDERED that the Parties' joint motion is GRANTED; and it is further

ORDERED that:

a. Defendants' combined opposition and cross-motion for summary judgment is due June 1, 2026;

b. Plaintiff's combined reply in support of partial summary judgment and opposition to Defendants' summary-judgment motion is due June 18, 2026;

c. Defendants' reply in support of summary judgment is due July 2, 2026;

d. The hearing on Plaintiff's motion for partial summary-judgment currently set for June 26, 2026, is continued to July 10, 2026;

e. A hearing on Defendants' forthcoming cross-motion for summary judgment is set concurrently with the hearing on Plaintiff's motion for partial summary judgment on July 10, 2026; and

f. Defendants' deadline by which to file their Answer is due no later than 14 days after the Court's resolution of the Parties' summary-judgment motions.

Date: 5/21/26

/s/
Michael S. Nachmanoff
United States District Judge