**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| MARY COMANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01237-MSN-WEF |
| | ) | |
| EXECUTIVE OFFICE OF THE PRESIDENT et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Kevin Thomas Carroll of the law firm of Mark S. Zaid, PC, hereby enters my appearance as a counsel for the Plaintiff in the above-captioned matter.

Date: May 27, 2026

Respectfully submitted,

*/s/ Kevin Thomas Carroll*

Kevin Thomas Carroll
VSB No. VA 95292

MARK S. ZAID, PC
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
Telephone: 718-791-5761
Facsimile: 202-330-5610
Email: kevin@markzaid.com

*Counsel for plaintiff*