**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| MARY COMANS, | |
| *Plaintiff,* | |
| *v.* | No. 1:25-cv-01237-MSN-WEF |
| EXECUTIVE OFFICE OF THE PRESIDENT *et al.*, | |
| *Defendants.* | |

**JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE DUE TO
SETTLEMENT NEGOTIATIONS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff Mary Comans and Defendants Executive Office of the President, Department of Homeland Security, and United States of America—together, the "Parties"—jointly move the Court to extend the Parties' current summary-judgment briefing schedule by one week to accommodate the Parties' ongoing efforts to settle this case without any further need for the Court's involvement. In support of the motion, the Parties state as follows:

1.    On May 21, 2026, the Court granted the Parties' joint motion for a briefing schedule to accommodate the Parties' pending and forthcoming cross-motions for summary judgment. ECF #50.

2.    The Court's order set the following briefing schedule: that Defendants' combined opposition to partial summary-judgment and cross-motion for summary judgment be due June 1, 2026; that Plaintiff's combined reply in support of partial summary judgment and opposition to Defendants' summary-judgment motion be due June 18, 2026; that Defendants' reply in support

of summary judgment be due July 2, 2026; and that a hearing on both motions be set concurrently for July 10, 2026.  *See id.*

3.     Shortly after the Court entered that schedule, the Parties began to confer regarding whether this case could be settled without the need to resort to summary-judgment briefing.  The Parties' settlement negotiations are ongoing.

4.     To permit the Parties and their counsel to focus their efforts on the ongoing settlement discussions, and to perhaps obviate the need for summary-judgment proceedings altogether, the Parties jointly ask that the Court extend the current summary-judgment briefing schedule by a period of one week.

5.     Such an extension would yield the following schedule:

   a.  Defendants' combined opposition and cross-motion for summary judgment would be due June 8, 2026;

   b.  Plaintiff's combined reply in support of partial summary judgment and opposition to Defendants' summary-judgment motion would be due June 25, 2026; and

   c.  Defendants' reply in support of summary judgment would be due July 9, 2026.

6.     Correspondingly, the Parties ask that the hearing on the Parties' cross-motions for summary judgment currently set for July 10, 2026, be likewise continued for a period of one week, to July 17, 2026.

7.     Good cause exists for the foregoing modifications to summary-judgment briefing and hearing schedule.  The Parties are in active settlement discussions, and the extensions sought would permit the Parties and their counsel to focus their efforts on resolving this case without any further need for the Court's involvement in this dispute.  Accordingly, the extensions sought will conserve the resources of the Parties and ensure maximum efficiency in the resolution of this case.

8.      For these reasons, the Parties jointly and respectfully ask that the Court enter an order extending the summary-judgment briefing and hearing schedule by one week to allow the Parties to focus their efforts on their ongoing settlement efforts.

9.      A proposed order is attached for the Court's consideration.

MAY 28, 2026

TODD W. BLANCHE
Acting Attorney General

_____/s/_____
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3741
Fax:    (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

*/s/ Abbe David Lowell*
Abbe David Lowell (D.C. Bar #358651)
David A. Kolansky (D.C. Bar #7680722)
Isabella M. Oishi (D.C. Bar #7680428)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, D.C. 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassocates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

*/s/ Heidi R. Burakiewicz*
Heidi R. Burakiewicz (D.C. Bar #473973)
BURAKIEWICZ & DEPRIEST, PLLC
1120 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
T: (202) 856-7500
HBurakiewicz@bdlawdc.com

*/s/ Mark S. Zaid*
Mark S. Zaid (D.C. Bar #440532)
Bradley P. Moss (D.C. Bar #975905)
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
T: (202) 498-0011
Mark@MarkZaid.com
Brad@MarkZaid.com

*/s/ Harold Craig Becker*
Harold Craig Becker (D.C. Bar #371239)
Taryn Wilgus Null (D.C. Bar #985724)
Norman L. Eisen (D.C. Bar #435051)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, S.E., No. 15180
Washington, D.C. 20003
T: (202) 594-9958
craig@democracydefenders.org
taryn@democracydefenders.org
norman@democracydefenders.org

4

*/s/ Margaret M. Donovan*
Margaret M. Donovan (*pro hac vice*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com

*/s/ Kevin Byrnes*
Kevin Byrnes, VSB 47623
Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
T: (703) 590-1234
F: (703) 590-0366
KevinByrnes@patriotslaw.com
e-file@fluet.law

*Counsel for Plaintiff*

5