**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MARY COMANS,

     *Plaintiff,*

  *v.*           No. 1:25-cv-01237-MSN-WEF

EXECUTIVE OFFICE OF THE PRESIDENT
*et al.*,

     *Defendants.*

**[Proposed] ORDER**

Upon consideration of the Parties' joint Motion for Extension of Briefing Schedule Due to Settlement Negotiations, it is hereby

ORDERED that the Parties' joint motion is GRANTED; and it is further

ORDERED that:

 a. Defendants' combined opposition and cross-motion for summary judgment is due June 8, 2026;

 b. Plaintiff's combined reply in support of partial summary judgment and opposition to Defendants' summary-judgment motion is due June 25, 2026;

 c. Defendants' reply in support of summary judgment is due July 9, 2026; and

 d. The hearing on the Parties' cross-motions for summary judgment currently set for July 10, 2026, is continued to July 17, 2026.

Date: