**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MARY COMANS,

      *Plaintiff,*

      *v.*

EXECUTIVE OFFICE OF THE PRESIDENT
*et al.,*

      *Defendants.*

No. 1:25-cv-1237-MSN-WEF

## ORDER

Upon consideration of the Parties' joint Motion for Extension of Briefing Schedule Due to Settlement Negotiations, it is hereby

ORDERED that the Parties' joint motion is GRANTED; and it is further

ORDERED that:

    a.  Defendants' combined opposition and cross-motion for summary judgment is due June 8, 2026;

    b.  Plaintiff's combined reply in support of partial summary judgment and opposition to Defendants' summary-judgment motion is due June 25, 2026;

    c.  Defendants' reply in support of summary judgment is due July 9, 2026; and

    d.  The hearing on the Parties' cross-motions for summary judgment currently set for July 10, 2026, is continued to July 17, 2026.

Date: May 28, 2026

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE