**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MARY COMANS,

        *Plaintiff*,

        *v.*

EXECUTIVE OFFICE OF THE PRESIDENT
*et al.*,

        *Defendants*.

No. 1:25-cv-01237-MSN-WEF

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully move the Court to enter summary judgement under Federal Rule of Civil Procedure 56 against Plaintiff and in favor of Defendants.  A memorandum of law in support is filed as an attachment to this motion.

//

//

//

JUNE 8, 2026

TODD W. BLANCHE
Acting Attorney General

_____/s/_____
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3741
Fax:    (703) 299-3983
Email:  Matthew.Mezger@usdoj.gov

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

2