# EXHIBIT
# A

# POSITION DESCRIPTION *(Please Read Instructions on the Back)*

| | |
|---|---|
| **1. Agency Position No.** | ES0003 |

**2. Reason for Submission**

[ ] Redescription    [ ] New

[X] Reestablishment    [ ] Other

Explanation *(Show any positions replaced)*

**3. Service**

[X] Hdqtrs    [ ] Field

**4. Employing Office Location**
WASHINGTON, DC

**5. Duty Station**
WASHINGTON, DC

**6. OPM Certification No.**

**7. Fair Labor Standards Act**
[X] Exempt    [ ] Nonexempt

**8. Financial Statements Required**
[X] Executive Personnel Financial Disclosure    [ ] Employment and Financial Interest

**9. Subject to IA Action**
[ ] Yes    [X] No

**10. Position Status**
[ ] Competitive
[ ] Excepted *(Specify in Remarks)*
[ ] SES (Gen.)    [X] SES (CR)

**11. Position Is**
[X] Supervisory
[ ] Managerial
[ ] Neither

**12. Sensitivity**
[ ] 1--Non-Sensitive    [ ] 3--Critical
[ ] 2--Noncritical Sensitive    [X] 4--Special Sensitive

**13. Competitive Level Code**

**14. Agency Use**

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | CHIEF FINANCIAL OFFICER | ES | 0505 | 00 | *GC* | 3/28/17 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

**16. Organizational Title of Position** *(if different from official title)*

**17. Name of Employee** *(if vacant, specify)*

**18. Department, Agency, or Establishment**
U.S. DEPARTMENT OF HOMELAND SECURITY

**a. First Subdivision**
FEDERAL EMERGENCY MANAGEMENT AGENCY

**b. Second Subdivision**
OFFICE OF THE ADMINISTRATOR

**c. Third Subdivision**
OFFICE OF THE CHIEF FINANCIAL OFFICER

**d. Fourth Subdivision**

**e. Fifth Subdivision**

**19. Employee Review**-This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee *(optional)*

**20. Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that* this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

**a. Typed Name and Title of Immediate Supervisor**

**b. Typed Name and Title of Higher-Level Supervisor or Manager** *(optional)*
DAVID GRANT
ACTING DEPUTY ADMINISTRATOR

Signature                          Date

Signature *(signed)*          Date 3-28-17

**21. Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action
COREY J. COLEMAN
CHIEF COMPONENT HUMAN CAPITAL OFFICER

Signature *(signed)*          Date 3/28/17

**22. Position Classification Standards Used in Classifying/Grading Position**

**Information for Employees.** The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

**24. Remarks**

**25. Description of Major Duties and Responsibilities** *(See Attached)*

NSN 7540-00-634-4265        Previous Edition Usable        5008-106

OF 8 (Rev. 1-85)
U.S. Office of Personnel Management
FPM Chapter 295

# Chief Financial Officer
# ES-0505-00

## INTRODUCTION

The incumbent serves as the Chief Financial Officer (CFO), Office of Chief Financial Officer (OCFO), within the Office of the Administrator, Federal Emergency Management Agency (FEMA), Department of Homeland Security (DHS). The incumbent serves as the primary advisor to the Administrator and Deputy Administrator on agency financial management, financial systems, budget and accounting, program analysis and evaluation, internal controls, cash management, credit management, debt management policies, standards and compliance guidelines, and corrective actions relating to audit recommendations.

## MAJOR DUTIES

Provides executive leadership over the formulation, presentation, and execution of the FEMA budget.

Coordinates and develops detailed justifications for major expenditures to be incorporated in the overall FEMA allocation of funds.

Supervises a professional and technical workforce engaged in all facets of budget, accounting, financial systems and related programs. Provides executive level direction to senior level officials on long- and short-range financial planning.

Conducts extensive evaluations of OCFO program goals and objectives and directs necessary adjustments to assure compliance with and support to a rapidly changing and expanding agency mission.

Develops and coordinates initiatives and efforts to identify and resolve major financial management problems hampering the operations and programs of the Agency. Insures that the OCFO and staff serve as a technical, advisory, and consulting resource to management on system-wide financial management problems and issues.

Advises the Administrator and senior leadership regarding Congressional testimony related to financial management issues, and represents the Administrator before Congressional hearings.

Participates in the development of financial objectives, policies and plans with the DHS Chief Financial Officer.

Establishes policy, organizational goals and processes for the office. Manages programs, operations and activities through first level supervisors. Establishes standards of effectiveness, efficiency, and productivity for the office. Monitors and

evaluates progress toward organizational goals and productivity, and makes adjustments to continually improve the guidance, support and advice provided to customer organizations.

Directs the assessment, development, implementation, and evaluation of financial management policy systems and operations, which are consistent with, and conform to existing laws, regulations, and approved principles and standards.

Coordinates the Agency's financial management program and activities to ensure internal and management controls are adequate and compliant with the Federal Managers Financial Integrity Act, the Chief Financial Officers Act, and related OMB and GAO requirements.

## SUPERVISORY CONTROLS

Serves under the direct formal supervision of the Deputy Administrator, FEMA. Receives strategic and tactical direction and objectives from the Administrator and Deputy Administrator.

## CONTACTS

Contacts are with all levels of FEMA employees, DHS headquarters staff, the White House and Congressional staffs, officials from other Federal agencies, State, and local governments.

## KNOWLEDGE AND ABILITIES REQUIRED

This position requires the incumbent to have extensive managerial or supervisory experience in Federal financial management or comparable fields.  Incumbent also must have demonstrated ability to manage the activities of a large and diverse staff of professional, technical, and administrative personnel.

The incumbent must be able to communicate clearly and effectively, both orally and in writing, with strong interpersonal skills in order to meet and deal effectively with officials at all levels, both within and outside of DHS/FEMA.

Ability to independently plan and lead high level inter- and intra-agency activities for formulation, presentation, negotiation, and advice on the full range of financial management decision.

This position requires:

- Comprehensive knowledge of the operation of the Congress and the Executive Branch.
- Thorough knowledge of legislative program policy and budget development and implementation practices related to financial management.

- Expert knowledge of public laws, executive orders, Comptroller General decisions, regulations and procedures of the Office of Management and Budget, General Accounting Office, and other organizations that affect financial management activities.

## ADDITIONAL REQUIREMENTS:

The incumbent is required to submit a Financial Disclosure Statement, SF-278, within 30 days of entering the position; annually; and upon termination of employment.

The work of this position requires the incumbent to obtain and maintain a TOP SECRET security clearance with access to Sensitive Compartmented Information (TS/SCI).

TDP - This position has been identified as a Testing Designated Position (TDP) because of its security, public health, and/or public safety sensitivity, therefore you are subject to random drug testing under FEMA's Drug-Free Workplace Plan. Refusal to be tested will result in disciplinary action up to and including removal from federal service.

Emergency Assignment - Every FEMA employee has regular and recurring emergency management responsibilities, though not every position requires routine deployment to disaster sites. All positions are subject to recall around the clock for emergency management operations, which may require irregular work hours, work at locations other than the official duty station, and may include duties other than those specified in the employee's official position description. Travel requirements in support of emergency operations may be extensive in nature (weeks to months), with little advance notice, and may require employees to relocate to emergency sites with physically austere and operationally challenging conditions.

Key Requirement – In addition to the travel and relocation that may be required by emergency assignments, this position may require occasional non-emergency travel.