**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

MARY COMANS,

        *Plaintiff*,

        *v.*

EXECUTIVE OFFICE OF THE PRESIDENT
*et al.*,

        *Defendants*.

No. 1:25-cv-01237-MSN-WEF

**DEFENDANTS' NOTICE OF HEARING**

In keeping with the Court's order on 5/29/26, *see* ECF #53, please take notice that on July 17, 2026, Defendants will raise for hearing their cross-motion for summary judgment in the above-captioned action.

    //

    //

    //

JUNE 8, 2026                                    *Respectfully submitted,*

TODD W. BLANCHE                                 BRETT A. SHUMATE
Acting Attorney General                         Assistant Attorney General
                                                Civil Division

       /s/
MATTHEW J. MEZGER                               CHRISTOPHER HALL
Assistant United States Attorney                Assistant Branch Director
Office of the United States Attorney            Federal Programs Branch
2100 Jamieson Avenue
Alexandria, Virginia 22314                      */s/ Cesar Azrak*
Tel:    (703) 299-3741                          CESAR AZRAK
Fax:    (703) 299-3983                          Trial Attorney
Email: Matthew.Mezger@usdoj.gov                 United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                1100 L Street, NW
                                                Washington, DC 20005
                                                Telephone: (202) 305-0693
                                                Email: cesar.e.azrak@usdoj.gov


*Counsel for Defendants*

2