# EXHIBIT
# B

DEPARTMENT OF HOMELAND SECURITY
## SENIOR EXECUTIVE SERVICE PERFORMANCE MANAGEMENT SYSTEM
## EXECUTIVE PERFORMANCE PLAN

*With honor and integrity, we will safeguard the American people, our homeland, and our values.*

| Part 1. Consultation. *I have reviewed this plan and have been consulted on its development.* |
|---|

Executive's Name (Last, First, MI): Comans, Mary                Appraisal Period: 10/1/23-9/30/24

Executive's Signature: MARY FRANCIS F COMANS  Digitally signed by MARY FRANCIS F COMANS Date: 2023.11.01 08:40:47 -04'00'    Date: _____

Title: Chief Financial Officer                Organization: FEMA OCFO

Rating Official's Name (Last, First, MI): Hooks, Erik          ☒ CA   ☐ NC   ☐ LT/LE

Rating Official's Signature: ERIK A HOOKS  Digitally signed by ERIK A HOOKS Date: 2023.11.01 11:55:10 -04'00'   Date: 11/01/2023

| Part 2. Progress Review |
|---|

Executive's Signature: MARY FRANCIS COMANS  Digitally signed by MARY FRANCIS COMANS Date: 2024.05.20 08:21:11 -04'00'   Date: _____

Rating Official's Signature: ERIK A HOOKS  Digitally signed by ERIK A HOOKS Date: 2024.05.21 10:28:11 -04'00'   Date: 05/21/2024

Reviewing Official's Signature (Optional): _____   Date: _____

| Part 3. Summary Rating |
|---|

| Initial Summary Rating | ☒ Level 5 Achieved Excellence | ☐ Level 4 Exceeded Expectations | ☐ Level 3 Achieved Expectations | ☐ Level 2 Minimally Satisfactory | ☐ Level 1 Unacceptable |
|---|---|---|---|---|---|

Rating Official's Name (Last, First, MI): Hooks, Erik A.

Rating Official's Signature: ERIK A HOOKS  Digitally signed by ERIK A HOOKS Date: 2024.10.12 11:06:01 -04'00'   Date: 10/12/2024

Executive's Signature: MARY FRANCIS COMANS  Digitally signed by MARY FRANCIS COMANS Date: 2024.10.12 11:31:05 -04'00'   Date: 10/12/2024

Reviewing Official's Signature (Optional): _____   Date: _____

### Higher Level Review (If Applicable)

☐ I request a higher level review.      Executive's Initials: _____   Date: _____

☐ Higher level review completed.                          Date: _____

Higher Level Reviewer's Signature: _____   Date: _____

| Performance Review Board Recommendation | ☒ Level 5 | ☐ Level 4 | ☐ Level 3 | ☐ Level 2 | ☐ Level 1 |
|---|---|---|---|---|---|

PRB Chair's Signature: _[signature]_                Date: 12/16/2024

| Annual Summary Rating | ☒ Level 5 | ☐ Level 4 | ☐ Level 3 | ☐ Level 2 | ☐ Level 1 |
|---|---|---|---|---|---|

Appointing Authority's Signature: _[signature]_         Date: 12/16/2024

## Part 4. Derivation Formula and Calculation of Annual Summary Rating

| Critical Element (CE) | Element Rating | | Weight (points) | Score | | Summary Level Ranges |
|---|---|---|---|---|---|---|
| | Initial | Final (if changed) | | Initial | Final (if changed) | |
| 1. Leading Change | 5 | | 15 | 75 | 0 | 475-500 = Level 5 Achieved Excellence |
| 2. Leading People | 5 | | 15 | 75 | 0 | 400-474 = Level 4 Exceeded Expectations |
| 3. Business Acumen | 5 | | 15 | 75 | 0 | 300-399 = Level 3 Achieved Expectations |
| 4. Building Coalitions | 5 | | 15 | 75 | 0 | 200-299 = Level 2 Minimally Satisfactory |
| 5. Results Driven | 5 | | 40 | 200 | 0 | Any CE rated Level 1 = Level 1 Unacceptable |
| Total | | | 100 | 500 | | |

## Part 5. Critical Elements

**Performance Standards for Critical Elements**  (The performance standard for each critical element is specified below; examples for the top three performance levels can be found in the system description)

- **Level 5 (Achieved Excellence):** The executive demonstrates exceptional performance, fostering a climate that sustains excellence and optimizes results in the executive's organization, Department or government-wide.  This represents the highest level of executive performance, as evidenced by the extraordinary impact on the achievement of the organization's mission.  The executive is an inspirational leader and is considered a role model by Department leadership, peers, and employees.  The executive continually contributes materially to or spearheads Department efforts that address or accomplish important Department goals, consistently achieves expectations at the highest level of quality possible, and consistently handles challenges, exceeds targets, and completes assignments ahead of schedule at every step along the way.

- **Level 4 (Exceeded Expectations):** The executive demonstrates a very high level of performance beyond that required for successful performance in the executive's position and scope of responsibilities.  The executive is a proven, highly effective leader who builds trust and instills confidence in Department leadership, peers, and employees.  The executive consistently exceeds established performance expectations, timelines, or targets, as applicable.

- **Level 3 (Achieved Expectations):** The executive demonstrates the high level of performance expected and the executive's actions and leadership contribute positively toward the achievement of strategic goals and meaningful results.  The executive is an effective, solid, and dependable leader who delivers high-quality results based on measures of quality, quantity, efficiency, and/or effectiveness within agreed upon timelines. The executive meets and sometimes exceeds challenging performance expectations established for the position.

- **Level 2 (Minimally Satisfactory):** The executive's contributions to the organization are acceptable in the short term but do not appreciably advance the organization towards achievement of its goals and requirements.  While the executive generally meets established performance expectations, timelines and targets, there are occasional lapses that impair operations and/or cause concern from management.  While showing basic ability to accomplish work through others, the executive may demonstrate limited ability to inspire subordinates to give their best efforts or to marshal those efforts effectively to address problems characteristic of the organization and its work.

- **Level 1 (Unacceptable):** In repeated instances, the executive demonstrates performance deficiencies that detract from mission goals and requirements.  The executive generally is viewed as ineffectual by Department leadership, peers, or employees.  The executive routinely does not meet established performance expectations/timelines/targets and fails to produce - or produces unacceptable - work products, services, or outcomes.

| Element Rating Level Points | Level 5 = 5 points |
| --- | --- |
| | Level 4 = 4 points |
| | Level 3 = 3 points |
| | Level 2 = 2 points |
| | Level 1 = 1 points |

---

**Critical Element 1. Leading Change**　　　　　　　　**(Minimum weight 5 points)**　　**Weight:** 15

**Mandatory Performance Requirement:** Develops and implements an organizational vision that integrates key organizational and program goals, priorities, values, and other factors.  Assesses and adjusts to changing situations, implementing innovative solutions to make organizational improvements, ranging from incremental improvements to major shifts in direction or approach, as appropriate.  Balances change and continuity; continually strives to improve service and program performance; creates a work environment that encourages creative thinking, collaboration, and transparency; and maintains program focus, even under adversity.

**Department-Specific Performance Requirements:**

- **Customer Experience – applicable to all SES:** Supports DHS's commitment to transforming the customer experience across the Department in accordance with Executive Order 14058, the Biden-Harris Management Agenda, and OMB A-11 Section 280.  Improves and enhances the DHS customer experience using an iterative process of quantitative and qualitative research methods that focus on leveraging customer feedback, understanding and addressing customer areas of concern, as well as observing customer interactions and documenting those outcomes.  Analyzes the needs of the customer by collecting user experience information via direct interviews, usability testing, help desk/call center data, moderated research sessions or other data collection strategies.  Develops and adopts best practices and designs continuous improvement processes to add rigor to program initiatives and strengthen DHS customer interaction.  Leadership's responsibility to observe and enhance the DHS customer experience is a Department-wide priority.

Rating Official's Narrative: *(Optional)*

| *Critical Element Rating - Leading Change* | ☒ Level 5 | ☐ Level 4 | ☐ Level 3 | ☐ Level 2 | ☐ Level 1 |
| --- | --- | --- | --- | --- | --- |

**Critical Element 2. Leading People**　　　　　　　　**(Minimum weight 5 points)**　　**Weight:** 15

**Mandatory Performance Requirement:** Designs and implements strategies that maximize employee potential, connects the organization horizontally and vertically, and fosters high ethical standards in meeting the organization's vision, mission, and goals.  Provides an inclusive workplace that fosters the development of others to their full potential; allows for full participation by all employees; facilitates collaboration, cooperation, and teamwork, and supports constructive resolution of conflicts.  Ensures employee performance plans are aligned with the organization's mission and goals, that employees receive constructive feedback, and that employees are realistically appraised against clearly defined and communicated performance standards.  Holds employees accountable for appropriate levels of performance and conduct. Seeks and considers employee input.  Recruits, retains, and develops the talent needed to achieve a high quality, diverse workforce that reflects the nation, with the skills needed to accomplish organizational performance requirements while supporting workforce diversity, workplace inclusion, and equal employment policies and programs.

**Department-Specific Performance Requirements:**

- **Culture Improvement - applicable to all SES:** Supports the Agency-wide culture improvement efforts with executive leadership skills and deliberate organizational actions.  Provides clear communication of workforce culture objectives, programs, and improvements.  Assists supervisors and managers in leadership/management development, such as conflict management, emotional intelligence, and conducting difficult conversations, by providing training and development opportunities, as well as through daily interactions and coaching.

- **Employee Engagement – applicable to all SES:** Provides mission-driven strategic priorities for the organization, including articulating a clear vision and shared values. Fosters an employee centered, high performing organization in which individual and team excellence is recognized and rewarded.  This culture reinforces frequent and transparent two-way communication that engages employees and provides an environment that fosters high morale, makes employees feel heard and valued, and enhances the organization's ability to improve individual and unit performance.  This culture also recognizes the critical nature of family support in employee performance and undertakes activities to improve employee and workforce health and safety and family resilience to face the challenges of DHS service.

- **Inclusive Diversity – applicable to all SES:** Integrates inclusive diversity as a key strategic mission and operational priority at all levels of the organization.  Communicates why and how inclusive diversity issues are relevant to execute the

DHS mission. Facilitates forums/town halls/all-employee events to educate on inclusive behavior. Models behaviors that accept differences, build trust, and encourage staff to address issues and seek cooperative resolutions. Ensures mechanisms to stay abreast and act upon insights gleaned regarding the inclusive diversity culture within the organization. Leverages data insights to address inclusive diversity issues. Encourages and participates in inclusive diversity training (e.g., Unconscious Bias Awareness, Intentional Inclusion, etc.). Outcomes: Increased awareness of and commitment to inclusive diversity as a shared responsibility; promotion of a diverse workforce in which there are equitable opportunities to contribute, succeed and grow; and agency's inclusive diversity path is further defined based on shared perspectives and data insights.

- **Integrity and Accountability – applicable only to CBP SES:** Leads by example. Demonstrates integrity and accountability through his/her actions. Clearly communicates organizational and individual goals and expectations to employees so that everyone knows what they are trying to achieve. Takes timely and appropriate action when there is misconduct, unprofessional behavior, or performance deficiencies. Holds self and employees accountable for protecting civil rights and civil liberties, to include protecting the privacy of others.

- **Succession Planning and Leadership Development – applicable to all SES:** Actively engages in DHS and/or Component leadership development and succession planning initiatives. Designs and improves upon organizational strategies to recruit the next generation of leaders within the GS ranks. Participates in existing DHS and/or Component mentoring and/or coaching programs designed to promote the upward career growth of employees. Identifies or creates opportunities for employees to build functional and leadership skills required to succeed at the next level. Champions and encourages staff participation in developmental assignments, trainings, and initiatives designed to build leadership skills.

- **Training – applicable to all SES:** In alignment with guidance established by the Component Chief Learning Officer, the executive: (1) assesses, analyzes, and enhances onboarding and foundational training for new employees; (2) ensures that employees receive foundational training to successfully conduct their job duties within 60 days of onboarding; and (3) provides ongoing training and/or career growth and development opportunities for staff at least once per month.

- **Whistleblower Protection – applicable to all SES:** Responds constructively when employees make protected whistleblower disclosures. Takes responsible actions to resolve whistleblower disclosures. Fosters an environment in which employees of the agency feel comfortable making protected whistleblower disclosures. Ensures all employees and supervisors are informed of their rights and responsibilities with respect to the whistleblower disclosure, whistleblower protection and prohibited personnel practices.

Rating Official's Narrative: *(Optional)*

| | | | | | |
|---|---|---|---|---|---|
| *Critical Element Rating - Leading People* | ☒ Level 5 | ☐ Level 4 | ☐ Level 3 | ☐ Level 2 | ☐ Level 1 |

**Critical Element 3. Business Acumen**          **(Minimum weight 5 points)**     **Weight:** 15

**Mandatory Performance Requirement:** Assesses, analyzes, acquires, and administers human, financial, material, and information resources in a manner that instills public trust and accomplishes the organization's mission. Uses technology to enhance processes and decision making. Executes the operating budget; prepares budget requests with justifications; and manages resources.

**Department-Specific Performance Requirements:**

- **Advancing Equity in Federal Procurement – applicable to the Chief Acquisition Officer, the Senior Procurement Executive, the Office of Small and Disadvantaged Business Utilization Director, Heads of Contracting Activities, and SES program officials who participate in, or oversee personnel who participate in, planning acquisitions and/or selecting contractors to support their programs and projects:** Promotes achievement of small business and socioeconomic prime contracting goals established for the Component. Socioeconomic categories include Service-Disabled Veteran-Owned, Small Disadvantaged, Women-Owned, and HUBZone small businesses. Communicates the importance of achieving the agency's small business contracting goals to component personnel; maximizes opportunities for small businesses as prime contractors; encourages small business outreach to improve understanding of mission and upcoming opportunities; and reduces barriers to doing business with DHS.

- **Contractor Performance Assessment Reporting – applicable to the Chief Acquisition Officer, Component Acquisition Executives, the Senior Procurement Executive, Heads of Contracting Activities, and SES program officials who participate in, or oversee personnel who participate in, contract administration and contract performance monitoring:** Ensures timely completion (at least 95%) of DHS contractor performance reports in the Contractor Performance Assessment Reporting System (CPARS), in coordination with the Contracting Officer, and in compliance with federal acquisition law, regulations, and policy.

- **Director's Priorities/Processing Times/Backlog Reduction – applicable only to USCIS SES:** Identifies, implements, and/or supports appropriate policy initiatives, workforce efforts, projects, and IT solutions to track and achieve the Director's Priorities, USCIS strategic plan initiatives, and USCIS backlog reduction goals by the end of FY 2024.

- **Federal IT Acquisition Reform Act (FITARA) – applicable only to CIOs, CFOs and CPOs:** Advances IT services and solutions and delivers IT capabilities in a manner most efficient to integrate people, processes, and technology across the Department. CIO, CFO and CPO closely collaborate in executing decisions for contracts, acquisition and financial management involving technology. Enhances IT capabilities of DHS and its partners by ensuring operational excellence and investment planning to meet the requirements of the mission.

Rating Official's Narrative: *(Optional)*

---

*Critical Element Rating - Business Acumen*  ☒ Level 5  ☐ Level 4  ☐ Level 3  ☐ Level 2  ☐ Level 1

---

**Critical Element 4. Building Coalitions**         (Minimum weight 5 points)    **Weight:** 15

**Mandatory Performance Requirement:** Solicits and considers feedback from internal and external stakeholders or customers. Coordinates with appropriate parties to maximize input from the widest range of appropriate stakeholders to facilitate an open exchange of opinion from diverse groups and strengthen internal and external support. Explains, advocates, and expresses facts and ideas in a convincing manner and negotiates with individuals and groups internally and externally, as appropriate. Develops a professional network with other organizations and identifies the internal and external politics that affect the work of the organization.

**Department-Specific Performance Requirements:**

- **Coordination on Privacy and Civil Liberties – applicable to all SES:** Executes DHS' critical mission while safeguarding privacy, civil rights, and civil liberties. Coordinates with the Privacy Office (PRIV), including Component Privacy Officers and privacy points of contact, and Office for Civil Rights and Civil Liberties (CRCL) when implementing policies, programs, and operations that impact the rights of the DHS workforce and the communities we serve, including meaningful coordination at the inception of those activities to ensure timely and actionable advice.

- **Information Sharing – applicable only to SES working within the Information Sharing Environment:** Shares terrorism-related information in a manner consistent with protection of sources and methods, and legal standards relating to privacy and civil liberties and national security in a manner consistent with The Intelligence Reform and Terrorism Prevention Act of 2004 (IRTPA). Identifies opportunities to provide complete, tailored, timely, actionable and validated terrorism-related information at the level or levels necessary to address the needs of ISE users. Collaborates with others and identifies impediments or improvements to information sharing among Federal state/local, private sector, and foreign partners. Develops highly effective recommendations for new or revised policies, business practices, and technology to address these areas. Collaborates with others and promotes a uniform federal message to partners and the private sector which reduces redundancies, eliminates conflicting information, and enhances meaningful coordination and collaboration.

    Leverages system capabilities to enhance information sharing and collaboration to identify new, innovative approaches or solutions that may be more adaptable to a rapidly changing environment. Ensures information is made available in a timely manner and is accessible and relevant to customer or partner needs. Operates in a manner designed to maximize cooperation and collaboration and ensures appropriate information is shared with relevant parties. Ensures self and all employees complete all relevant training on time.

- **Public/Private Sector Partnership – applicable to all SES:** Strengthens and leverages existing, relevant partnerships and actively seeks to identify and develop new strategic partnerships with stakeholders in the public and private sectors, at all levels, in alignment with organizational goals and objectives. Evaluates the qualitative and quantitative impact of public and private sector partnerships and develops recommendations for strengthening existing partnerships and identifies opportunities for new ones. Increases awareness and impact of DHS programs and resources by developing and implementing a comprehensive partnership and engagement strategy that defines the partnership structure, roles, and responsibilities. Ensures employees develop, maintain, and leverage partnerships with stakeholders in the public and private sectors by identifying, curating, and growing partnering capacities.

- **Union Partnership – applicable only to SES with union involvement:** Fosters a culture of collaboration with union representatives and leadership by (1) engaging in pre-decisional involvement whenever feasible; (2) offering regular meetings at least quarterly to discuss issues of concern, organizational priorities, areas for collaboration; and (3) ensuring appropriate representation and active participation in agency labor management forums.

---

Rating Official's Narrative: *(Optional)*

---

*Critical Element Rating - Building Coalitions*  ☒ Level 5     ☐ Level 4     ☐ Level 3     ☐ Level 2     ☐ Level 1

| **Critical Element 5. Results Driven** | **(Minimum weight 20 points)   Weight:** 40 |
|---|---|

This critical element must have at least 1 performance requirement (there is no maximum number of requirements, agency should specify if it sets a maximum number).

This critical element includes specific performance requirements expected of the executive during the appraisal period, focusing on measurable results from the strategic plan or other measurable outputs and outcomes clearly aligned to organizational goals and objectives.  At a minimum, the performance requirements must contain measurable results and their quality indicators describing the range of performance at Level 3 for each result specified.  In addition to the quality indicators, applicable measures of quantity, timelines, and/or cost-effectiveness may be included as appropriate.  It is recommended to also establish the threshold quality indicators and measures for Levels 5 and 2.  Indicators must reflect the same level of performance as the respective performance standard contained in Part 5.

Strategic Alignment - identify clear, transparent alignment to agency strategic planning initiatives (e.g., relevant agency or organizational goals/objectives with cited page numbers from the Strategic Plan, Congressional Budget Justification/Annual Performance Plan, or other organizational planning document) in the designated section for each performance requirement.

| Performance Requirement 1 | Strategic Alignment |
|---|---|
| Financial Operations:  Provide timely, accurate and efficient financial management services and operations in order to maximize resources in support of the Departmental Management and Operations Future Year Homeland Security Program (FYHSP) by providing comprehensive leadership, oversight, and support to all FEMA Components. (FYHSP Program).<br>1. Reduce interest penalties paid on all invoices to less than $50 per $1 million in total payments throughout FY 2024 in order to maximize the use of Agency financial resources. (GPRA, FYHSP)<br>2. Ensure the unit cost of processing a vendor payment invoice does not exceed $50 per invoice during FY2024 resulting in an efficient accounts payable office function. (FYHSP)<br>3. Ensure 98% of vendor invoices are paid electronically during FY 2024 resulting in administrative cost savings to the Federal Government. (FYHSP)<br>4. Enhance FEMA collections in FY 2024 by ensuring 90% of eligible/certified debts are submitted to the US Department of Treasury within 120 days for cross-servicing.<br>5. Process 95% of travel vouchers within 5 days after receiving an accurate, funded and approved voucher during FY 2024 resulting in timely reimbursement to FEMA's Emergency Managers. | 2020-2024 DHS Strategic Plan, Goal 5 Strengthen Preparedness and Resilience (pg. 44) & Goal 6 Champion the OHS Workforce and Strengthen the Department, Objective 6.3: Optimize Support to Mission Operations. (pg. 55) 2) FEMA 2022-2026 Strategic Plan Goal 3: Promote and Sustain a Ready FEMA and Prepared Nation (pg.19).<br>3) FEMA OCFO Strategic Priority number 3: Mature and optimize business processes (pg. 7). Reduce the complexity of FEMA by streamlining current business processes and modernizing our financial systems. |
| Performance Requirement 2 | Strategic Alignment |
| Controls/Audit: Enhance FEMA's audit readiness program and strengthen internal controls by addressing identified deficiencies over financial reporting and operations to obtain a "clean" external audit opinion on the OHS FY2023 Annual Financial Report.<br>1. Reduce by 5% the number of existing/repeated Audit findings as of September 30, 2024 resulting | 1) The 2020-2024 DHS Strategic Plan, Goal 5 Strengthen Preparedness and Resilience (pg. 44) & Goal 6 Champion the DHS Workforce and Strengthen the Department, Objective 6.3: Optimize Support to Mission Operations. (pg. 55) 2) FEMA 2022-2026 Strategic Plan Goal 3: Promote and Sustain a Ready FEMA and |

| Performance Requirement 2 | Strategic Alignment |
|---|---|
| in increased agency wide internal controls. 2. Contribute to the DHS unqualified "clean" audit opinion by improving the remediation of the Notice of Findings and Recommendations (NFR) by 5% over the FY21 results by September 30, 2024. 3. Ensure the FY 2024 annual improper payment (IPERIA) error rate on the Vendor Payment Program does not exceed the error rate of 1.4% resulting in timely and accurate payments to vendors for goods and services. | Prepared Nation (pg.19). 3) FEMA OCFO Strategic Priority number 3: Mature and optimize business processes (pg. 7). Reduce the complexity of FEMA by streamlining current business processes and modernizing our financial systems. |

| Performance Requirement 3 | Strategic Alignment |
|---|---|
| Budget: Enhance FEMA's resource program and strengthen capabilities and outcomes by working with FEMA leadership and key external stakeholders 1. Continue to provide and source resources in support of the FEMA Mission. Ensure that external deadlines are met 90% on time or early. 2. 5% increase in O&S execution rates as compared to FY 2023 execution rates by July 31, 2024, to ensure 99% spend rate by 9/30/2024. 3. Mature the PPBE process across the agency and providing four Quarterly Spend Plan Reviews chaired by the Deputy Administrator enabling leaders to make budgetary adjustments for fact-of-life changes throughout the FY. 4. For Disaster Relief Fund, continue to assess and enhance business processes to increase the accuracy of projections, so that spend plans will be within 80 - 120% of the actual costs overall for the fiscal year by 9/30/2024. | 1) DHS Strategic Mission 5: Strengthen National Preparedness and Resilience, DHS Goal 5 Ensure Readiness of Front-line Operators and First Responders & DHS Goal 6 Strengthen Service Delivery and Manage DHS Resources. (pg. 45) 2) FEMA 2022-2026 Strategic Plan Goal 3: Promote and Sustain a Ready FEMA and Prepared Nation (pg.19). 3) FEMA OCFO Strategic Priority number 3: Mature and optimize business processes (pg. 7). Reduce the complexity of FEMA by streamlining current business processes and modernizing our financial systems. |

| Performance Requirement 4 | Strategic Alignment |
|---|---|
| Financial Systems: Strengthen and modernize FEMA business systems by leveraging technology and data integration to improve the quality and reliability of financial information utilized in making management decisions.<br><br>1: Ensure the FSM program makes satisfactory progress on the program schedule and work breakdown structure. Satisfactory progress is defined as meeting programmatic performance goals so to not have to report a cost, schedule, or performance breach to DHS. Such changes will contribute to improving the percent of funds provided to State, Local, Tribal, Territorial, and other federal agencies for which data sets have been made publicly available and machine readable. Such success instills confidence on the part of DHS, OMB, and Congress that FEMA is managing this high-profile, high-risk program effectively. 2: With respect to Robotics Process Automation (RPA); develop an OCFO plan to mature the RPA effort and expand the use of automation. Partner with other FEMA organizations to expand the use of the automation technology and continue to be a thought leader across FEMA. 3: Complete the acquisition of FEMA's Program, Planning, Budget, and Execution (PPBE) software in | 1) The 2020-2024 DHS Strategic Plan, Goal 5 Strengthen Preparedness and Resilience (pg. 44) & Goal 6 Champion the DHS Workforce and Strengthen the Department, Objective 6.3: Optimize Support to Mission Operations. (pg. 55) 2) FEMA 2022-2026 Strategic Plan Goal 3: Promote and Sustain a Ready FEMA and Prepared Nation (pg.19). |

| Performance Requirement 4 | Strategic Alignment |
|---|---|
| Ql FY24 and start the implementation of the software in Q2 FY24. Engage with OCFO, OPPA, and OCIO leadership to implement a robust governance process to guide the PPBE effort. A PPBE automated solution will transform the way FEMA formulates and executes its future budgets. | |

| Performance Requirement 5 | Strategic Alignment |
|---|---|
| Ready Financial Management Cadre by hiring training, and qualifying incident workforce personnel to support FEMA's mission.<br>• Achieve and maintain a force strength Incident Management positions equal targets confirmed by the Certifying A October 2022, by September 30, 2024.<br>• Achieve and maintain an average national qualification for their cadre equal or greater than the GPRA qualification metric of 70% by September 30, 2024.<br>• Fill to 80% or greater all their cadre's scheduled academic FQS deliveries one month prior to course start date to ensure staff adequately trained and qualified.<br>• Ensure all the cadre's scheduled academic FQS deliveries have less than 20% non-disaster related cancellations, to maximize training and resources.<br>• Support the development and revision of curriculum for their cadre by coordinating curriculum designers and stakeholders all project milestones are completed 30, 2024.<br>• Coordinate with the Workforce Development Division to target pairing rates within the first 60 days of a disaster to ensure a 50% Coach & Evaluator to Trainee/Candida rate, utilizing C&E specific deployment indirect/virtual observations.<br>• Support disaster response operation 90% of field disaster staffing requirements in accordance with agency force structure requirements and established policy build capability for response to catastrophic disasters.<br><br>• By September 1, 2024, develop a contingency staffing plan to build and maintain readiness during a high disaster activity this includes established readiness plans that account for contracts, Surge Capacity coverage or other staffing sources. | HS QHSR 5: Strengthen National preparedness and resilience. 2014 Quadrennial Homeland Sec Review<br><br>• FEMA 2022-2026 Strategic Pl 1: Instill Equity as a Foundation of Emergency Management (pg.9 |

Rating Official's Narrative: *(Optional)*

| | | | | | |
|---|---|---|---|---|---|
| *Critical Element Rating - Results Driven* | ☒ Level 5 | ☐ Level 4 | ☐ Level 3 | ☐ Level 2 | ☐ Level 1 |

**Part 6. Summary Rating Narrative** *(Mandatory)*

**Part 7. Executive's Accomplishment Narrative** *(Optional)*

**Part 8. Department Use**

**DHS Privacy Act Statement**

Pursuant to 5 U.S.C. § 552a(e)(3), this Privacy Act Statement serves to inform you of why DHS is requesting the information on this form.

**AUTHORITY:** DHS is authorized to collect the information requested on this form pursuant to 5 U.S.C. § 43 and DHS Directive 255-10.

**PURPOSE:** DHS is requesting this information for implementation of the DHS Senior Executive Service Performance Management System Executive Performance Plan (DHS Form 255-02), which is the annual performance agreement for SES employees.  The form allows supervisors to establish performance elements and requirements in consultation with the SES and consistent with the goals and performance expectations in the agency's strategic planning initiatives.  DHS will use the form to collect performance-related data to make decisions relevant to performance awards and performance-based pay adjustments.

**ROUTINE USES:** The information requested on this form may be shared externally as a "routine use" to other government agencies, to assist the Department of Homeland Security in monitoring and communicating performance.  Rating information in collected annually by the Office of Personnel Management and these records may be transferred to another agency upon transfer or reassignment.  A complete list of the routine uses can be found in the system of records notice associated with this form, "OPM/GOVT-2 Employee Performance File System Records SORN."  The Department's full list of system of records notices can be found on the Department's website at **http://www.dhs.gov/system-records-notices-sorns**.

**CONSEQUENCES OF FAILURE TO PROVIDE INFORMATION:** Providing this information to is voluntary.  However, failure to provide this information may result in non-consideration of performance-related incentives or may be related to a conduct issue resulting in removal.

**Addendum – New FY 2024 SES/TSES Department-Specific Performance Requirements**

This is an addendum to FY 2024 Senior Executive Service (SES)/Transportation Security Executive Service (TSES) performance plans for new requirements. The three new requirements below have been added to **Critical Element 1: Leading Change**, under the Department-Specific Performance Requirements. These new requirements apply to all executives and are effective immediately for the remainder of the FY 2024 performance appraisal period. All existing FY 2024 Department-Specific Performance Requirements remain in effect.

Executives on a signed FY 2024 SES/TSES performance plan are not required to sign a new performance plan. Executives and their rating official must **review, sign and date this addendum** acknowledging the new requirements, then **attach the signed addendum** to their existing FY 2024 performance plan.

New executives or ones not currently on an FY 2024 SES/TSES performance plan **will not** need to sign this addendum once the FY 2024 SES/TSES performance plan template is updated to include these new requirements.

---

**Critical Element 1: Leading Change**

**Driving Cohesion – applicable to all SES:** Advances strategic and operational cohesion across the Department to improve mission execution and drive greater efficiency. Fosters an understanding of dependencies within and outside of the organization that impact success of programs; leads change management behaviors to strengthen this understanding and commitment to supporting cross-Component mission success; increases alignment to the Secretary's annual DHS priorities; and accomplishes mission requirements in a productive, efficient, and innovative manner. These behaviors include, but are not limited to, defining vision and goals, developing strategies to accomplish goals and objectives, identifying and engaging stakeholders, communicating and implementing change, reviewing progress and analyzing results.

**Employee Experience – applicable to all SES:** Supports DHS's commitment to improving the employee experience across the Department, focusing on addressing employees' basic needs. Basic needs are defined as the tools, resources, support, technologies, and infrastructure employees need to do their work effectively. Examples include facilities, equipment, IT, mental and physical health, and respite. Uses feedback from a variety of sources as appropriate (e.g., the OPM Federal Employee Viewpoint Survey (FEVS), pulse surveys, all-hands and town hall meetings, focus groups, and stay and exit surveys and interviews), to analyze employees' needs, address concerns, and develop and adopt best practices that have direct impact on improving the employee experience. Communicates progress on addressing issues identified by employees, both upward to leadership and outward to the workforce through various communication mechanisms.

**Workforce Resilience – applicable to all SES:** Supports DHS's commitment to improving employee well-being and resilience by implementing transformative efforts focused on the mental and physical health and safety of employees to ensure that our workforce is ready to meet the demands of our mission. Engages the workforce directly to better understand challenges and areas of concern that may lead to diminished employee well-being, performance, and retention. Leads the integration of innovative workforce health and safety concepts and solutions into operations to drive positive change. Supports the ability of the workforce to prioritize their health and wellness by encouraging the efficient use of policies such as the DHS Workforce Health and Wellness Program.

---

I acknowledge receipt of these new FY 2024 Department-Specific Performance Requirements.

MARY FRANCIS COMANS
Digitally signed by MARY FRANCIS COMANS
Date: 2024.05.16 09:44:01 -04'00'

**Executive Signature**

ERIK A HOOKS
Digitally signed by ERIK A HOOKS
Date: 2024.06.06 14:50:52 -04'00'

**Rating Official Signature**



DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY

**SENIOR EXECUTIVE PERFORMANCE MANAGEMENT SYSTEM**
**CLOSEOUT: FISCAL YEAR 2024 EXECUTIVE PERFORMANCE PLAN**

| Part 7: Executive's Accomplishment Narrative *(Mandatory)* | |
|---|---|
| Use this Accomplishment Narrative Template to document your individual accomplishments related to the Critical Elements and Performance Requirements in your FY24 Executive Performance Plan. Your response is limited to **no more than five pages**, using no smaller than a 10-point font size. | |
| Executive's Name *(Last, First, MI):* Comans, Mary F | Appraisal Period: **From: October 1, 2023** **To:    September 30, 2024** |
| Rating Official's Name *(Last, First, MI):* Hooks, Erik A | Date: |

Highlighted below are selected performance accomplishments across the major functional business areas I am responsible for as FEMA's Chief Financial Officer.  The narrative provided demonstrates my leadership for this performance cycle in the critical elements of: Leading Change, Leading People, Business Acumen, Building Coalitions and Results Driven.  During this rating period I provided high quality, responsive financial support to the Agency, have partnered with FEMA leadership to advance strategic priorities, consistently delivered results and have strong credibility with our external stakeholders at DHS Headquarters, OMB, and the Congress.  I am also proud of the work I've done to build and sustain a high quality OCFO team and have been a positive influence on the workforce.

**Critical Element 1.  Leading Change**
**Self-Performance Assessment:** At the direction of the Administrator to mature the Agency's planning, programming, budget and execution (PPBE) life cycle, I worked to initiate and design a zero-based budgeting (ZBB) construct to inform resource allocation for the ensuring future.   The ZBB promotes constructive coordination with FEMA stakeholders with the objective of sharpening the analytic foundation of the FY 2027-2031 Resource Allocation Plan.  Specifically, the ZBB establishes the processes and procedures for "targeted program reviews," frames additional FEMA-wide program analysis and evaluation efforts, and highlights the use of FEMA PBIS, a new resource and budget system of record that was implemented by my team this fiscal year.

In support of this effort, I recommended to the Administrator and Deputy Administrator that Agency focus its initial programmatic deep-dive on three critical elements of our Agency's operation: Disaster Relief Fund Base, Enterprise IT and Exercises.  Additionally, I proposed a zero-based approach to allow for a fresh evaluation of our budget and resource requirements.  The ZBB analysis will help FEMA mature from a tactical, "review-and-approve" programming/formulation process to one that invites FEMA senior leadership into a strategic, "debate and decide" approach earlier in the PPBE process.  Further the outcome of this analysis will expand FEMA's and ultimately the Administrator's decision space as we consider scenario-based resource allocation options, informed by the Agency's priorities and a dynamic fiscal environment.

Similarly, the Administrator has charged each Program to identify efficiencies to increase capacity to better achieve the Agency's priorities.  To this end, during this rating period, my organization successfully deployed the Department of Homeland Security's (DHS) first generative Automated Intelligence (AI) model to automate the generation of draft responses to Congressional questions on FEMA's budget and financial resources.  To achieve initial operating capability in January 2024, I lead the team through several critical steps to ensure desired outcomes were achieved and risks associated with implementing an emerging technology were mitigated.

The first step of this effort was to identify a low risk, high yield use-case to demonstrate the value of generative AI.  I quickly narrowed the scope down to building an AI model that could leverage publicly available information, such as FEMA's Congressional Budget Justification, to auto-generate responses to budget related questions.  Further, this use-case also benefits all of FEMA, as the Agency receives an average of 15 questions per day from the Senate and House Appropriation Committees.  Responding to these questions often takes the whole of FEMA, thousands of hours per year,

Attachment C

pulling resources away from other mission critical activities.  Next, I worked with the Chief Information Officer to ensure we adhered to DHS AI governance policy and were safely and securely operating the AI model.

While only in the initial phase, the OCFO's AI model is able to generate a 90% accurate response requiring little correction and/or editing.  Once fully deployed, it is anticipated that this innovative solution will reduce person-hours by more than 10% as well significantly increase the timeliness of the Agency's response to Congress.  Ultimately, the intent is to scale FEMA's OCFO AI model and add the ability to analyze DHS financial policy and appropriation law.

Use of AI represents a significant leap forward for OCFO and the broader FEMA enterprise. Providing my staff with this tool has fundamentally transformed how my organization conducts financial data analysis and respond to stakeholder inquiries. The efficiency and consistency brought about by this innovation have greatly enhanced FEMA's capabilities to produce timely and accurate responses to stakeholder's budget questions. Ultimately, continued investment in generative AI will allow FEMA to meet the Administrator strategic intent to reduce our administrative burdens, enhance customer experience and increase operational efficiency.

**Critical Element 2.  Leading People**
**Self-Performance Assessment:** FEMA implemented Immediate Needs Funding (INF) on August 29, 2023 as Hurricane Idalia approached the Florida coast to ensure sufficient funding to meet ongoing disaster operations and preserve funding for life saving/sustaining activities.  Though necessary, this posture paused obligations for nearly 2,500 projects across the country.  With the passage of the first of four FY 2024 Continuing Resolutions on September 30, 2023, Congress provided FEMA $16B in emergency supplemental funding allowing the Agency to lift INF restrictions during the first day of this performance cycle.

Recognizing the impact INF has on SLTT communities we serve, I stood up a strike team within the CFO organization to quickly and expeditiously process the 2,500 project worksheets and obligate more than $3 billion.  Additionally, to keep our stakeholders informed, I worked with External Affairs to establish a link on the FEMA homepage that provided daily status updates.  By October 13th, all projects paused under INF were obligated and fully funded.

Throughout this rating period, I successfully led and managed the health financial health of the DRF.  For the second consecutive year, the DRF's annual appropriation of $20B would be insufficient to fully resource all response and recovery needs this fiscal year.  As such, I asked my team to develop a reporting dashboard for internal and external stakeholders that provided monthly updates on the anticipated exhaust date.  Additionally, working with the Regions, Office of Response and Recovery and the Office of the Chief Procurement Officer, I assembled a team to scrub "open" DRF obligations to recoup funding to help sustain the Fund as we awaited a supplemental.

This focused effort extended our ability to fund critical DRF activities and sustained FEMA's ability to meet its mission.  Through these actions, FEMA deobligated and returned: $1 billion in unused Public Assistance and Hazard Mitigation Grants; $876 million in Mission Assignments and $474 million in other disaster assistance contracts.  At the close of the fiscal year, $3 billion in excess funds had been identified and returned to the DRF.

Further, I led the development of a Congressional Engagement Strategy.  This strategy included a tic-toc of key engagements by the Administrator and a library of written documents for Agency and Departmental leadership to leverage to amplify the DRF message.  Over the course of July and August, the Administrator met with every key Appropriator and other Congressional champions in the House and Senate to garner their support for the $9 billion supplemental proposal and long-term fixes that will provide enduring reform.

Despite the deliberate and proactive aforementioned actions, on August 7th the Agency had to implement INF restrictions due to a series of major disaster activities and a rapidly depleting DRF balance. This guidance allowed the Agency to prioritize ongoing disaster operations and preserve funding for initial response and recovery activities for any new incidents.

As FEMA's CFO I led more than 450 personnel and I am proud that OCFO continues to be one of the highest rated organization within FEMA in term of employee satisfaction as captured through the 2023 Federal Employee Viewpoint Survey. OCFO's Global Satisfaction rate is among the top three within FEMA and exceeds the rest of DHS and the government-wide average. My organization continues to have one of the highest Diversity & Inclusion IQ and Employee Engagement scores. I take great pride and satisfaction in these results, and they are a testament to the collective OCFO

Attachment C

leadership, and the results reflect the empathy and respect we have for one another, and OCFO's dedication to helping people before, during and after disasters.

**Critical Element 3.  Business Acumen**

**Self-Performance Assessment:** As FEMA's CFO I have significant expertise and experience optimizing financial, technological, and human resources with the purpose of enhancing FEMA's mission accomplishments. To that end, I am constantly looking for innovative, efficient ways to accomplish our goals and improve business processes.

During this rating period I led an effort to fundamentally change the way FEMA delivers assistance to disaster survivors. In working with the U.S. Department of Treasury and the Office of Recovery, Individual Assistance (IA) my team has developed and piloted a path to deliver financial assistance quicker to survivors who do not have a traditional bank account. With this piloted capability, instead of issuing a paper check, Treasury is able to provide digital payment t through services such as Venmo, PayPal and Apple Pay.  The result of which, FEMA is now able to provide disaster assistance to disaster survivors in underserved populations/communities within a few days instead of waiting 2 to 3 weeks for a Treasury check to arrive.

FEMA initiated this pilot in June and as September 30, 2024, FEMA has conducted a successful pilot of the digital pay process, whereby 67% of survivors received their funding within 2-3 days instead of 2-3 weeks for a Treasury check. FEMA is continuing to enhance the process and will conduct a second pilot in the coming months.

To address the challenges posed by the current DRF Base appropriation structure and the increasing demands of disaster response, I identified and brought together the applicable subject matter experts to draft a long-term legislation solution.

Currently, the DRF Base is appropriated at an estimated $1 billion and is scored as discretionary spending. In contrast, the DRF Majors, which is activated upon a presidential major disaster declaration, is scored as "disaster relief" spending under the Balanced Budget and Emergency Deficit Control Act (BBEDCA) and does not count against the federal government's discretionary spending limits imposed under BBEDCA. A critical limitation under the current structure is that until a disaster is officially declared a presidentially declared disaster, only the Base funding can be utilized. This restriction has led to the rapid depletion of the Base funds, as all initial disaster response efforts are charged to the Base until a major disaster declaration allows costs to be reassigned to DRF Majors funding.  Further, DRF Base funding is scored against the discretionary spending caps, however, budget requests for Base funding must compete against funding for the rest of the federal government, which limits the amount of funding available for the Base; whereas, "disaster relief" funding for the DRF Majors is subject to a separate, independent cap that does not impact any other funding.

Given the increasing volatility in disaster frequency and severity, and the financial strain it places on the DRF Base, I asked the subject matter expert to draft legislation that would reclassify all items currently under the DRF Base (FMAG, Emergencies, Surge, and DRS) be reclassified under the BBEDCA "disaster relief" adjustment through. This reclassification would provide FEMA the necessary flexibility to manage disaster-related expenses more effectively.

This legislative package has been provided to Congress and has been favorably received by Appropriation Committee staff as they work FEMA's larger supplemental requirements.  It is also included in the Agency's FY2026 Budget submission that is currently with OMB.  Once enacted, this legislative package will mitigate FEMA's funding risk, streamline funding mechanisms, increase our flexibility and ultimately allow us to better serve disaster survivors.

**Critical Element 3.  Building Coalitions**

**Self-Performance Assessment:** As FEMA's CFO, it is my responsibility to lead, liaise and manage the across the Agency and with the OMB, DHS and Congressional Committees. Over the course of this rating period, I have worked to further cultivate the collaborative relationships with internal and external partners to aid FEMA's mission as well as bolster the available resources to deliver on Agency priorities.  Programmatic issues that rise to the level of Congressional scrutiny can become sensitive and controversial, not to mention politically charged; budget issues are often at the forefront of these. Over
the last several fiscal years the budget climate has grown increasingly dynamic making it even more critical to build and maintain coalitions and relationships.

Actions taken by myself and my team resulted in the Agency being appropriated more than $45.4B in FY 2024, as of date. More specifically, during FY 2024 OCFO lead and oversaw thousands of appropriations-related activities, including:

programmatic and informational briefings, responding to Questions for the Record, and requests for legislative drafting assistance. Through formal and informal engagement with House and Senate Appropriators, I have influenced the decision process and garnered widespread support for FEMA's resource requirements and fostered continued trust between the Committees and FEMA. Other examples of relationship and coalition building activities include:
overseeing the development of materials for budget rollout, facilitating briefings with Appropriators, Intergovernmental and Association partners on critical FEMA programs as well as ensuring FEMA's Program Offices are well versed on the appropriations processes and how to best advocate for their programmatic needs.

FEMA's relationship with the Congressional Appropriation Committees is held up as the model that our DHS peers should emulate and regularly recognized for our collaboration and constructive dialog. As a result, we are often asked to consult with other DHS CFO Offices and help our component peers to mature their processes. The relationships with HAC/SAC have never been stronger, as demonstrated by the intelligence we received in advance of congressional action, the positive comments to leadership, and the repeated requests for FEMA support. During this rating period, CFO continued to be highly successful in articulating the mission requirements of the Agency and obtaining the necessary funding to meet it operational demands.

**Critical Element 5.  Results Driven**
**Performance Requirement 1: Budget**
**Self-Performance Assessment:** During this rating period, I have successfully faced and lead during difficult budget challenges. In FY 2024, FEMA responded to major hurricanes, wildfires and other non-Stafford Act mission requirements related to Homeland Defense. I oversaw FEMA's budget development and submittal of regular and one DRF supplemental appropriation requests. I was responsible for administering FEMA's $45+ billion budget across multiple appropriations based on a wide-range of programmatic and mission demands.

Through my and my team's engagements with the Hill, FEMA's FY 2024 Budget, which was enacted December 23, 2024, provided $30.1B in funding. An increase of more than $192M above the FY 2023 Enactment.  The late enactment of the appropriation put great importance on FEMA's Quarterly Executive Resources Panels and Spend Plan Reviews. Recognizing the criticality of these decision meetings I led, oversaw the development, and enhanced the quality of four quarterly resource and spend plan review sessions to FEMA senior leadership. Under my leadership, OCFO continued to mature its end of year close-out process and management of the FEMA's uncommitted/unobligated resources. In doing so, Agency-wide initiatives, such as buildout of regional SCIFs, tribal engagements across the 10 regions, continuity initiatives, capability and capacity to combat mis/disinformation were resourced and supported. Further I conducted pre-briefs for senior leadership to ensure full transparency and visibility into decision making options and priorities prior to sessions. In partnership with OPPA, OCFO reviewed and scored over 21 Execution Decision Options submitted during FY 2024 for quality and funding need. The value and result of this hard work can be seen in the accomplishment of year-end close. In partnership with OCPO, I ensured a smooth FY 2024 closeout by leading a multitude of collaboration sessions in preparation for year-end. OCPO and OCFO worked together to ensure any programmatic fallout was used and as a result, FEMA executed 99% of all available expiring funds and far exceeded the performance goal. Within the DRF account specifically, we obligated more than $38B of which $15B was for COVID-19 operational requirements this fiscal year.

**Performance Requirement 2:**
**Self-Performance Assessment:**  During this rating period I enhanced FEMA's audit readiness program and continued to strengthen FEMA's internal controls by addressing identified deficiencies over financial reporting and operations in order to obtain a "clean" external audit opinion on the DHS FY 2024 Annual Financial Report.

To accomplish this performance goal, I successfully established a control environment to address known audit findings by reducing the risk of FEMA contributing to a material weakness or negatively impacting the Department's "clean" audit opinion. To date, the 2024 existing audit finding have been reduced by 63%.  Together with Agency leadership, OCFO substantially reduced the number of existing/repeated audit findings and existing audit findings.

I enhanced and matured audit documentation by ensuring all necessary procedures for internal controls and audit were updated and validated. My team ensured policies and standard operating procedures were complete and in place to meet established FEMA Assurance Statement Requirements. Overall, Audit is an area that the entire Agency continues to strengthen. The accomplishments made in Audit this rating period were increased and enhanced by my leadership

Attachment C

engagement and championing FEMA's understanding of the value of the OMB A-123 process and audit remediation. While there will always be work to do, I believe the Agency is maturing, and more aware, stronger, engaged, and moving in the right direction in terms of institutionalizing a culture of compliance.

**Performance Requirement 3: Finance**
**Self-Performance Assessment:** During this rating period, I was highly effective in producing results within my Finance performance targets. I provided timely, accurate and efficient financial management services and operations through comprehensive leadership, oversight, and support to all FEMA Programs and Offices. Additionally, I strengthened OCFO operational efficiency and effectiveness by reengineering our business processes to maximize Agency resources and support our stakeholders.

The interest penalties paid on all invoices were less than $50 per $1 million in total payments and as of September 30, 2023, FEMA paid an average of $13.83 per $1 million in interest penalties (minuscule amount).  Also, the unit cost of processing a vendor payment invoice does not exceed $50 per invoice; the average cost of processing an invoice during FY 2024 is $34.09. I have exceeded the goal of 98% of invoices paid electronically and ensured 99.77% were paid electronically.  In addition, FEMA referred 100% of eligible/certified debts to the US Department of Treasury and paid 95% of travel vouchers within 1.68 days which exceeded the 5-day DHS goal.

**Performance Requirement 4: Financial Systems**
**Self-Performance Assessment:** During this rating period, I took steps to strengthen and modernize FEMA business systems by leveraging technology and data integration to improve the quality and reliability of financial information utilized in making management decisions. FEMA's financial success and accomplishments are even more impressive considering the Agency's financial system is more and 45 years old. The OCFO team maintained 99.9% operability and availability of our antiquated system. This was achieved by my Financial Systems team being squarely focused on maintaining and sustaining our legacy WebIFMIS financial system, despite daily reliability challenges and resource constraint.

I serve has the executive sponsor of the Financial Systems Modernization initiative and I ensure FEMA's FSM program continues to make meaningful progress.  I worked with DHS and FEMA leadership to maintain visibility on our timeline and the path forward to a successful implementation and cutover.  I oversaw the FEMA FSM team in the collection of requirements, development of a plan for engagement, and collection of documents to support software Discovery. Furthermore, I worked with the FEMA stakeholders and DHS Financial Systems Modernization Executive Council members to develop amendment language to codify the process for the Go/No-Go decision to cut-over the new financial systems when it's ready to be implemented to ensure the FEMA Administrator retained/maintained final decision authority on FEMA's cutover to the new financial system.

**Performance Requirement 5: Financial Management Cadre (5)**
**Self-Performance Assessment:**  As the Cadre Authority for the Financial Management (FM) Cadre, my Cadre continues to achieve its hiring and qualification goal.  In fact, through determination and the assistance of sharing of FM Cadre job announcements, the Financial Management Cadre achieved its  Force Structure hiring target and is full strength. The majority of positions have been onboarded, with only a few final candidates awaiting EOD.  Our recruitment efforts through USAJobs and hiring events have proven effective. Our current focus is on ensuring qualifications.

To that end, in FY 2024, 95 Financial Management Cadre Members have become fully qualified with many more members less than 10% away from completion. The FM Cadre's academic FQS deliveries continue to have less than the 20% non-disaster related cancellations and so far in FY2024. To enhance our readiness, my Cadre is hosting a Sustainment Exercise where 250 Financial Managers from across FEMA gathered for the purpose of team building, receiving updates on changes to directives, policies and procedures, and to receive an Appropriation Law refresher. Our Financial Management Exercise received widespread praise and is now being used as a benchmark for other cadres.  Overall, FY24 has set a strong foundation for our continued success.

Attachment C

DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY

**SENIOR EXECUTIVE PERFORMANCE MANAGEMENT SYSTEM**
**CLOSEOUT: FISCAL YEAR 2024 EXECUTIVE PERFORMANCE PLAN**



| **Part 6: Summary Rating Narrative** *(Mandatory)* | |
|---|---|
| Please limit your response to **no more than two pages**, using no smaller than a 10-point font size. **NOTE**: Both the Rating Official and the Executive are required to sign below and sign page 1 (Part 3: Summary Rating) of the Executive's Performance Plan after meeting to discuss the Executive's FY23 achievements. | |
| Executive's Name *(Last, First, MI): Comans, Mary* | Appraisal Period:<br>**From: October 1, 2023**<br>**To:  September 30, 2024** |
| Rating Official's Name *(Last, First, MI): Hooks, Erik* | |
| Rating Official's Signature:  ERIK A HOOKS  <span style="font-size:8px">Digitally signed by ERIK A HOOKS<br>Date: 2024.10.12 11:09:38 -04'00'</span> | Date: |

Ms. Mary Comans has achieved excellence serving in the essential position of FEMA's Chief Financial Officer (CFO).  Ms. Comans has done an outstanding job and has demonstrated unwavering leadership.  Ms. Comans is an effective, well-respected leader and trusted advisor to the FEMA Administrator, Deputy Administrator and Department of Homeland Security leaders.  Her success and accomplishments are further enhanced when one overlays the complexity of FEMA's operational environment, the most nuanced and intricate across the Department of Homeland Security.  In FY 2024, Ms. Comans leveraged her financial and analytical skill, strong work ethic, caring leadership, and positive professional relationships to move the Agency forward under demanding and unprecedented circumstances.  Ms. Comans leadership was instrumental in transforming the way FEMA conducts business and she engaged with leaders across the government and Agency to identify ways to improve and enhance operations, while finding unique and creative ways to ensure Agency and Department success.

During this rating period, Ms. Comans led the Agency's efforts with external stakeholders on various DHS and FEMA priorities, to garner funding from Congress for our key initiatives, including significant investments in workforce readiness and Incident Management support, critical funding for our IT modernizations, and continued support for the Administrator's strategic plan and FEMA's modernization initiatives.  Early in this rating period, Ms. Comans identified that that the Disaster Relief Fund's (DRF) annual appropriation of $20 billion would be insufficient to fully resource all response and recovery needs this fiscal year.  As such, she leveraged a strategy to recoup over $3 billion to be returned to the DRF and extend FEMA's ability to fund critical mission activities.  Original projections forecasted that FEMA would have to implement Immediate Needs Funding restrictions in June 2024 but, because of her actions and the collations she built around sustaining the DRF, Ms. Comans has able to stave off INF implementation until August 2023.

Under his leadership, the OCFO remains one of the highest rated organizations within FEMA in term of employee satisfaction as captured through the 2023 Federal Employee Viewpoint Survey.  OCFO's Global Satisfaction rate exceeds the DHS and the government-wide average.  Her organization is leader in the Agency in Diversity & Inclusion IQ, Employee Engagement and other key focus areas of Leadership, Employee Development and Employee Performance and Advancement. This accomplishment is a testament to Ms. Comans and her leadership team, and the results reflects the entire OCFO's dedication to living FEMA Core Values of Respect, Integrity, Fairness and Compassion.

Ms. Comans supported and championed FEMA's Strategic Plan.   Major accomplishments in support of the FY 2022- 2026 Strategic Plan include:

- **Instill Equity as a Foundation of Emergency Management**
  - Directed an initiative to institute a digital payment option for disaster survivors without a bank account.  This effort will provide disaster assistance to disaster survivors in an accelerated manner.
  - Ensured equity in all CFO operations by ensuring competitive and fair processes are in place for all OCFO hiring and business practices.
  - Promoted the creation of Diversity, Equity, and Inclusion (DE&I) Working Group and held monthly DE&I meetings as well as sponsored multiple activities covering topics including Black History Month, Women's History Month, Juneteenth, and Indigenous Peoples' Day.

- **Lead Whole of Community in Climate Resilience**
  - Developed a funding strategy and identified $3M in resources to support Community Disaster Resilience Zones Act.

Attachment D

- o Partnered with Resilience to develop an project plan to successfully implement the largest reorganization in FEMA's history.
- o Led FEMA's external engagements with OMB and Congress associated with the announcement BRIC NOFO in Fall 2023.

- **Promote and Sustain a Ready REMA and Prepared Nation**
  - o Worked with DHS Headquarters to continue progressing on our Financial Systems Modernization (FSM) efforts that will provide FEMA with a modern integrated financial, procurement, and asset management system to enable mission critical functions.
  - o Developed multiple automations through Robotics Process Automation to address control deficiencies, resulting in greater efficiencies and accuracy during FEMA operations.
  - o Coordinated an extensive effort with FOD, OCC and the Regions to analyze and update FEMA's 50-week policy resulting in greater flexibilities for FEMA deployed staff.

During this rating period, Ms. Comans successfully faced and lead during difficult budget challenges.  In FY 2024, FEMA responded to major hurricanes, historic wildfires, and other non-Stafford Act events.  She oversaw FEMA's budget development and submittal of the regular, one supplemental request, Continuing Resolution anomalies and technical assistance estimates.  She is responsible for administering FEMA's $45+ billion budget across multiple appropriations based on a wide range of programmatic and operational demands.   She successfully defended the Agency's FY 2024 President's Request and through her engagements with the Hill and as a result, FEMA's FY 2024 Budget, which was signed into law March 23, 2024, provided $30.2B in funding. An increase of $192M above the FY 2022 Enacted.

The late enactment of the appropriation put great importance on FEMA's Quarterly Executive Resources Panels.  Recognizing the criticality of these decision meetings she led, developed, and enhanced the quality of four quarterly resource review sessions to FEMA senior leadership.  Under her leadership, OCFO continued to mature its end of year close-out process which pulled back uncommitted/unobligated resources from the FEMA components in July.   This enabled the Agency to move O&S and DRF programmatic fallout to cover unfunded Agency priorities.  Execution of these dollars were made possible through her partnership with the Chief Procurement Officer (OCPO) to ensure a smooth FY 2024 closeout.  OCPO and OCFO worked together to ensure any programmatic fallout was effectively and prudently used, as a result, FEMA executed 99% of all available expiring funds.  An impressive achievement as it was done while concurrently supporting operational demands and preparing for a government lapse in appropriations.

At the direction of the Administrator to mature the Agency's planning, programming, budget and execution (PPBE) life cycle, Ms. Comans worked to initiate and design a zero-based budgeting (ZBB) construct to inform resource allocation for the ensuring future.   The ZBB promotes constructive coordination with FEMA stakeholders with the objective of sharpening the analytic foundation of the FY 2027-2031 Resource Allocation Plan.  Specifically, the ZBB establishes the processes and procedures for "targeted program reviews," frames additional FEMA-wide program analysis and evaluation efforts, and highlights the use of FEMA PBIS, a new resource and budget system of record that was implemented by my team this fiscal year.  The ZBB analysis will help FEMA mature from a tactical, "review-and-approve" programming/formulation process to one that invites FEMA senior leadership into a strategic, "debate and decide" approach earlier in the PPBE process.  Further the outcome of this analysis will expand FEMA's and ultimately the Administrator's decision space as we consider scenario-based resource allocation options, informed by the Agency's priorities and a dynamic fiscal environment.

Ms. Comans consistently leads and engages with the facts, a calm demeanor, and a mission enabling (or Customer Service) philosophy.  Ms. Comans is a dedicated public servant who fosters a collaborative and inclusive work environment.  Ms. Comans is results orientated and puts the needs of the Agency, the mission and her people first and foremost.  The attached self-assessment highlight Ms. Comans' major accomplishments and achievements (not all inclusive) and demonstrates her leadership during this performance cycle in the critical elements of: Leading Change, Leading People, Business Acumen, Building Coalitions and Results Driven.

In summary, FEMA is fortunate to have her leadership and to have such a dedicated financial and management professional.  Many of the Agency's, the Department's successes in FY 2024 are directly attributable to Ms. Comans' actions.

Erik Hooks
Deputy Administrator, FEMA

Attachment D

## DEPARTMENT OF HOMELAND SECURITY
## INTEGRATED PERFORMANCE PLAN INPUT FOR
## SENIOR COMPONENT LINE OF BUSINESS DIRECTORS

| Senior Component LOB Director's Name:<br><br>Mary Comans | Component:<br><br>FEMA | Rating Period:<br><br>From: 10/01/2023 To: 09/30/2024 |
|---|---|---|

| Component Rating Official's Name:<br><br>Erik Hooks | | |
|---|---|---|

| CXO's Name:<br><br>Stacy Marcott | CXO's LOB:<br><br>OCFO        Other (please specify): |
|---|---|

### EXECUTIVE PERFORMANCE PLAN DEVELOPMENT: LOB GUIDANCE

LOB Directors must include performance goals, specific meaningful outcomes and measures for the rating period in performance agreements established with respective CXOs. The DHS Strategic Plan, your LOB Strategic Plan, and/or other strategic guidance referenced below guides your LOB direction for the rating year. Incorporate this strategic direction into the executive performance plan. This plan must include, as appropriate to your organization, objectives, results and measures written to support DHS mission goals as described in the strategic guidance.

Strategic Document Reference: ENTER THE GUIDING DOCUMENT REFERENCE FOR THIS LOB RATING YEAR  (i.e., Human Capital Strategic Plan Goal 1.4 and 2.5)
CFO FY22-26 Strategic Plan
Goal 1: People - Be the workplace of choice for highly skilled and talented people delivering financial excellence. (Measure against CFO Human Capital Strategy)
Goal 2: Decision Support - Revolutionize CFO business practices and systems to enable proactive decision support. (Measure against FY24 targets of CFO Operational Plan)
Goal 3: Deliberate Resourcing - Resource the Department of Homeland Security based on mission requirements, priorities and affordability. (Measure against FY24 targets of CFO Operational Plan)
Goal 4: Stewardship - Provide evidence to our DHS partners, Congress, and the public that we are good stewards of taxpayer money. (Measure against FMHA and FY24 targets of CFO Operational Plan)

Additional Guidance: ENTER COMPONENT-SPECIFIC OR ADDITIONAL PRIORITIES FOR THE RATING YEAR, OR CHECK "N/A"

☐ N/A

Implement Investment Reporting for Level 1,2,3 programs and sustain annual LCCE updates. Improve consistently red/yellow FMHA measures. Report conference expenses <=60 days post-event. Process FY24 new orders with all trading partners outside of Mission Assignments and prepare to process in-flight orders for intra-DHS transactions in G-Invoicing by 10/1/24. Provide leadership support to identify a G-invoicing solution for DOD and non-DOD Mission Assignments. Link DEFC data to DATA Act File C. Issue timely Management Decision Letters. Develop MAPs & submit A-123 deliverables per final Component commitment letter. Complete annual payment integrity deliverables. Reduce Insurance MW & contributions to ITGC. Clear Grants SD. Prep for FSM Migration: 1) outline UAT approach; 2) identify processes & controls significantly impacted. Complete FSM discovery on SAP.

### LOB SIGNATURE: PERFORMANCE GUIDANCE

| CXO's Signature:<br><br>STACY A MARCOTT    Digitally signed by STACY A MARCOTT<br>Date: 2023.11.02 16:42:38 -04'00' | Date: |
|---|---|

### END OF YEAR APPRAISAL: PERFORMANCE COMMENTS

ENTER COMMENTS (These will be made available to Raters, Reviewing Officials and PRB members for consideration in final year rating.)
FEMA improved completion of Congressional Briefing and Reporting requirements; provided timely conference expenses, investment reporting data requests and Life Cycle Cost Estimate updates, increasing future cost estimate accuracy; and is processing new orders in G-Invoicing except mission assignments. Completed annual payment integrity deliverables, issued timely Management Decision Letters and met non-IT internal control targets. Made progress remediating Insurance material weakness and Grants significant deficiency and needs to continue strengthening internal control. A very highly regarded CFO, Mary's keen insights shared in meetings and on panels always benefit the DHS financial community and she is a strong partner in any endeavor.

### LOB SIGNATURE: APPRAISAL

| CXO's Signature:<br><br>STACY A MARCOTT    Digitally signed by STACY A MARCOTT<br>Date: 2024.10.16 09:39:24 -04'00' | Date: |
|---|---|

DHS Form 421 (10/19)                                                                                     Page 1 of 1