IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARY COMANS,
                *Plaintiff,*

    v.

EXECUTIVE OFFICE OF THE
PRESIDENT, DEPARTMENT OF
HOMELAND SECURITY, AND UNITED
STATES OF AMERICA,
                *Defendants.*

1:25-cv-01237-MSN-WEF

## ORDER

It appears that Plaintiff's SF50, referenced in Plaintiff's Combined Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Motion for Partial Summary Judgment (ECF 58 at 18) and her Second Declaration (ECF 58-1 ¶ 18), has been inadvertently omitted from the record.

Accordingly, it is hereby

ORDERED that on or before Friday, July 10, 2026, Plaintiff will file a copy of the referenced SF50 on the docket.

**IT IS SO ORDERED.**

The Clerk is directed to forward a copy of this Order to counsel of record.

                                   /s/
                              Michael S. Nachmanoff
                              Michael S. Nachmanoff
                              United States District Judge

July 9, 2026
Alexandria, Virginia