**EXHIBIT 1**

**to**

**Docket No. 58-1: Second Declaration of Mary Comans in Support of Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment[1]**

---

[1] In Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Partial Summary Judgment at 18, Dk't. No. 58, counsel mistakenly stated that the name of the HR Officer who was the approving official for the appointment was Elizabeth A. Hough when it was actually Corey J. Coleman.

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| COMANS, MARY FRANCIS F | ██████████ | ██████ | 01/21/18 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| **5-A. Code** 721 | **5-B. Nature of Action** REASSIGNMENT | **6-A. Code** | **6-B. Nature of Action** |
| **5-C. Code** V5M | **5-D. Legal Authority** 5 USC 3395(A)(1)(A) | **6-C. Code** | **6-D. Legal Authority** |
| **5-E. Code** | **5-F. Legal Authority** | **6-E. Code** | **6-F. Legal Authority** |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| DEPUTY CHIEF FINANCIAL OFFICER OEJM04  053401 | CHIEF FINANCIAL OFFICER 90542701 0EN033 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 160,378.00 | PA | ES | 0505 | 00 | 00 | 170,001.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 160,378.00 | .00 | 160,378.00 | .00 | 170,001.00 | .00 | 170,001.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | FEDERAL EMERGENCY MGMT AGENCY Off of Chief Financial Officer<br><br>HS CB0300000000000000   PP 02 2018 |

## EMPLOYEE DATA

| 23. Veterans Preference | | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|---|---|
| 1 | 1 – None<br>2 – 5-Point | 3 – 10-Point/Disability<br>4 – 10-Point/Compensable | 5 – 10-Point/Other<br>6 – 10-Point/Compensable/30% | 0 | 0 – None    2 – Conditional<br>1 – Permanent    3 – Indefinite | | YES  X  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC | 9  NOT APPLICABLE | 0  NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 07/25/04 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 3  1 – Competitive Service  3 – SES General<br>2 – Excepted Service  4 – SES Career Reserved | E  E – Exempt<br>N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON  DIST OF COLUMBIA  DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks
SELECTED FROM FEMA-17-KH-CFO-SES    DATED 06/06/17

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| HOMELAND SECURITY | ELECTRONICALLY SIGNED BY: COREY J. COLEMAN |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | HR OFFICER |
|---|---|---|---|
| HS CB | 4293 | 01/23/18 | |

5–Part 50–316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

# CERTIFICATE OF SERVICE

I certify that I filed the foregoing Exhibit 1 on July 10, 2026 with the Clerk of Court

using the CM/ECF system, which will send a notification of filing to all counsel of record.

*/s/ Kevin T. Carroll*