**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| MARY COMANS,<br><br>               Plaintiff,<br><br>     v.<br><br>EXECUTIVE OFFICE OF THE<br>PRESIDENT, *et al.*,<br><br>               Defendants. | No. 1:25-cv-01237-MSN-WEF |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel for Defendants:

Steven M. Chasin
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0747
Email: steven.m.chasin2@usdoj.gov

Dated: July 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director
Federal Programs Branch

*/s/ Steven M. Chasin*
Steven M. Chasin (D.C. Bar# 495853)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

1

Washington, DC 20005
Tel: (202) 305-0747
Email: steven.m.chasin2@usdoj.gov

*Counsel for Defendants*