# MOTION HEARING

Date: 7/17/2026

Start: 10:28 A.M.
Finish: 11:26 A.M.

Judge: Michael S. Nachmanoff
Reporter: Michelle Donath
Deputy Clerk: Lynnelle Creek

**CIVIL ACTION NUMBER: 1:25-cv-1237**

**Comans v. Executive Office of the President, et al.**

---

## APPEARANCE OF COUNSEL

**PLAINTIFF**
Harold Becker
Kevin Carroll
Taryn Null

**DEFENDANTS**
Cesar Azrak
Steven Chasin
Matthew Mezger

---

## PROCEEDING

1. Motion for Partial Summary Judgment by Plaintiff (dkt. 45) – Granted in Part and Denied in Part as articulated in open court.

2. Cross-Motion for Summary Judgment by Defendants (dkt. 54) – Granted in Part and Denied in Part as articulated in open court.
   - Parties directed to confer with respect to name-clearing hearing file a joint proposal as articulated in open court.

---

( ) Report and Recommendation to Follow
( ✓ ) Order to Follow