**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| Mary Comans<br><br>Plaintiff,<br><br>v.<br><br><br>Executive office of the President, Department of Homeland Security, and United States of America,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:25-cv-1237-MSN-WEF |

**JUDGMENT**

Pursuant to the order of this Court entered on July 21st, 2026 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff and against the Defendant on Counts I, II, and VI. JUDGMENT is entered in favor of the Defendants and against the Plaintiff on Counts III, IV, V, and VII.

FERNANDO GALINDO, CLERK OF COURT

By:____________/s/____________
L. Creek
Deputy Clerk

Dated: 7/21/2026
Alexandria, Virginia