**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MARY COMANS,<br><br>*Plaintiff*,<br><br>*v.*<br><br>EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,<br><br>*Defendants*. | No. 1:25-cv-01237-MSN-WEF |

**MOTION FOR LEAVE TO WITHDRAW**

I, Cesar Azrak, hereby seek leave of Court, pursuant to Local Civil Rule 83.1(H), to withdraw as counsel of record in the above-captioned matter, due to my change of employment and departure from the Department of Justice. Defendants will continue to be represented in this matter by Matthew Mezger and Steven Chasin.

JULY 21, 2026

TODD W. BLANCHE
Acting Attorney General

/s/
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3741
Fax: (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*