# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

MARY COMANS,

*Plaintiff*,

*v.*

EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,

*Defendants*.

No. 1:25-cv-01237-MSN-WEF

## DEFENDANTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Fourth Circuit the Court's Judgment, and Memorandum Opinion and Order, entered on July 21, 2026, ECF Nos. 65 and 64, respectively, as well as those prior opinions and orders that provide the legal basis for the Judgment and Memorandum Opinion and Order, including, but not limited to, the Court's Order, entered on April 15, 2026, ECF No. 42, granting in part, denying in part, Defendants' Motion to Dismiss.

1

JULY 21, 2026

TODD BLANCHE
Acting Attorney General

THEOPHANI K. STAMOS
First Assistant United States Attorney

_____/s/_____
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3741
Fax:    (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director
Federal Programs Branch

*/s/ Steven M. Chasin*
STEVEN M. CHASIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0747
steven.m.chasin2@usdoj.gov

*Counsel for Defendants*

2