**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MARY COMANS,

*Plaintiff,*

*v.*

EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,

*Defendants.*

Case No. 1:25-cv-1237-MSN-WEF

**ORDER**

This matter comes before the Court on Defendants' Counsel, Cesar Azrak's, Motion for Leave to Withdraw. Dkt. 66. Mr. Azrak represents that he seeks leave due to his change of employment and departure from the Department of Justice. Defendants will continue to be represented in this matter by Matthew Mezger and Steven Chasin.

Upon consideration of the Motion, and for good cause shown, it is hereby

**ORDERED** the Motion (Dkt. 66) is **GRANTED**.

The Clerk's Office is directed to terminate Mr. Azrak as counsel of record in this matter.

**ENTERED** this 22nd day of July, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE