**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MARY COMANS,

*Plaintiff,*

v.

EXECUTIVE OFFICE OF THE PRESIDENT, DEPARTMENT OF HOMELAND SECURITY, AND UNITED STATES OF AMERICA,

*Defendants.*

Case No. 1:25-cv-1237-MSN-WEF

# ORDER

This matter comes before the Court on the parties' Joint Submission Concerning Name-Clearing Hearing. Dkt. 69. It is hereby

**ORDERED** that a hearing shall be held on August 11, 2026 at 9:30 a.m. in Courtroom 500 regarding the issues raised in the parties' submission.

**ENTERED** this 3rd day of August, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE