**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MARY COMANS,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,<br><br>*Defendants*. | No. 1:25-cv-01237-MSN-WEF |

**PLAINTIFF'S UNOPPOSED MOTION TO CONDUCT HEARING VIA VIDEO CONFERENCE OR TELEPHONE**

Plaintiff Mary Comans hereby moves the Court to conduct the hearing scheduled for August 11 at 9:30 a.m. by video conference or telephone. In the alternative, Plaintiff requests that her counsel, Harold Craig Becker, be permitted to participate by video conference or telephone. In support of this Motion, Plaintiff states:

1. Mr. Becker was the primary author of the Joint Proposal that is the subject of the hearing.
2. Mr. Becker has presented argument at each of the two prior hearings in this case.
3. Mr. Becker is currently on a pre-planned family vacation on an island off the coast of Maine and had planned to remain there through late August. Travel to and from the island is difficult.
4. Defendants' counsel informed Plaintiff's counsel that Defendants take no position on this request.

5. Counsel for Defendants has advised that Defendants take no position with respect to the relief sought in this motion. Accordingly, Plaintiff requests that the Court waive oral argument and decide the motion on the papers.

For the foregoing reasons, Plaintiff requests that the Court decide the motion on the papers and grant the motion.

Dated: August 6, 2026

Respectfully submitted,

_/s/ Kevin T. Carroll_
Kevin T. Carroll, VSB# 95292
Mark S. Zaid (D.C. Bar #440532)
Bradley P. Moss (D.C. Bar #975905)
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
T: (202) 498-0011
Kevin@markzaid.com
Mark@MarkZaid.com
Brad@MarkZaid.com

_/s/ Heidi R. Burakiewicz_
Heidi R. Burakiewicz (D.C. Bar #473973)
BURAKIEWICZ & DEPRIEST, PLLC
1120 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
T: (202) 856-7500
HBurakiewicz@bdlawdc.com

_/s/ Abbe David Lowell_
Abbe David Lowell (D.C. Bar #358651)
David A. Kolansky (D.C. Bar #7680722)
Isabella M. Oishi (D.C. Bar #7680428)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, D.C. 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassocates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

_/s/ Harold Craig Becker_
Harold Craig Becker (D.C. Bar #371239)
Taryn Wilgus Null (D.C. Bar #985724)
Norman L. Eisen (D.C. Bar #435051)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, S.E., No. 15180
Washington, D.C. 20003
T: (202) 594-9958
craig@democracydefenders.org
taryn@democracydefenders.org
norman@democracydefenders.org

_/s/ Margaret M. Donovan_
Margaret M. Donovan (*pro hac vice*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com

_/s/ Kevin Byrnes_
Kevin Byrnes, VSB 47623
Patriots Law Group
5819 Allentown Road
Suitland, Maryland 20746
T: 301-952-9000
KevinByrnes@patriotslaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing Unopposed Motion to Conduct Hearing via Video Conference or Telephone on August 5, 2026 with the Clerk of Court using the CM/ECF system, which will send a notification of filing to all counsel of record.

*/s/ Kevin T. Carroll*
Kevin Carroll, VSB 95292