**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| MARY COMANS,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,<br><br>*Defendants*. | No. 1:25-cv-01237-MSN-WEF |

**[Proposed] ORDER**

Plaintiff Mary Comans having moved the Court to conduct the hearing scheduled for August 11 at 9:30 a.m. by video conference and Defendants having not opposed the Motion, this Court finds good cause for the request and it is hereby:

ORDERED that the hearing scheduled for August 11 at 9:30 a.m. shall be conducted by video conference and the parties will be notified about how to join the conference.

ENTERED this ____ day of August 2026.

______________________
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE