**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| MARY COMANS,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT<br>*et al.*,<br><br>　　　　　*Defendants*. | No. 1:25-cv-01237-MSN-WEF |

## ORDER

This matter comes before the Court on Plaintiff Mary Comans' motion to conduct the hearing scheduled for August 11 at 9:30 a.m. by video conference or telephone (the "Motion"). Dkt. 71. In the alternative, Plaintiff requests that her counsel, Harold Craig Becker, be permitted to participate by video conference or telephone. Defendants do not oppose the Motion.

In support of the Motion, Plaintiff states: (i) Mr. Becker was the primary author of the Joint Proposal that is the subject of the hearing; (ii) Mr. Becker has presented argument at each of the two prior hearings in this case; and (iii) Mr. Becker is currently on a pre-planned family vacation on an island off the coast of Maine and had planned to remain there through the end of August.

Upon consideration of the Motion, it is hereby

**ORDERED** Plaintiff's Motion is **GRANTED IN PART**; it is further

**ORDERED** Mr. Becker shall be permitted to participate telephonically; and it is further

**ORDERED** at least one attorney listed as Plaintiff's counsel of record must appear at the hearing in person and, if necessary, must be prepared to proceed with argument on behalf of Plaintiff.

The Court will provide the details for joining telephonically to Mr. Becker upon entry of this Order.

**ENTERED** this 6th day of August, 2026.　　*William E. Fitzpatrick*
　　　　　　　　　　　　　　　　　　　WILLIAM E. FITZPATRICK
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE