**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**MAGISTRATE JUDGE: WILLIAM E. FITZPATRICK**

**CIVIL HEARING**

**DATE: _8/11/26_____________ COURTROOM#: _____500__________**
**START/FINISH: __9:43 a.m._____________**
**START/FINISH: __10:03 a.m._____________**
**DEPUTY CLERK: __T. Fitzgerald___________________**

**Civil Action Number: _1:25cv1237______________**

Comans

vs

Executive Office of the President et al

Appearance of Counsel for: ( x ) Plaintiff ( x ) Defendant ( ) Interested Party
( ) Cross Defendant ( ) Cross Claimant

Hearing Type: Motion Hearing re: The parties' Joint Submission Concerning Name-Clearing

Ruling:
( ) Motion is uncontested

( ) GRANTED
( ) DENIED
( ) GRANTED IN PART/DENIED IN PART

( ) Report and Recommendation to follow
( x ) Order to follow

NOTES: A hearing regarding any potential discovery and to schedule the name-clearing hearing shall be held on Friday, August 28, 2026, at 10:00 a.m.