**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MARY COMANS,

*Plaintiff,*

v.

EXECUTIVE OFFICE OF THE PRESIDENT, DEPARTMENT OF HOMELAND SECURITY, AND UNITED STATES OF AMERICA,

*Defendants.*

Case No. 1:25-cv-1237-MSN-WEF

# ORDER

This matter comes before the Court on the parties' Joint Submission Concerning Name-Clearing Hearing and the hearing held on August 11, 2026.

For the reasons stated from the bench, it is hereby

**ORDERED** the parties shall file any proposed findings of fact on or before Tuesday, August 18, 2026; it is further

**ORDERED** the parties shall file any objections to proposed findings of fact on or before Tuesday, August 25, 2026; it is further

**ORDERED** any proposed finding of fact not objected to will be deemed admitted; and it is further

**ORDERED** a hearing (i) regarding any potential discovery and (ii) to schedule the name-clearing hearing shall be held on Friday, August 28, 2026 at 10:00 a.m. in Courtroom 500.

**ENTERED** this 11th day of August, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE