**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MARY COMANS,

*Plaintiff,*

v.

EXECUTIVE OFFICE OF THE PRESIDENT, DEPARTMENT OF HOMELAND SECURITY, AND UNITED STATES OF AMERICA,

*Defendants.*

Case No. 1:25-cv-1237-MSN-WEF

**ORDER**

This matter comes before the Court on Plaintiff's proposed findings of fact and the hearing held on August 28, 2026.

For the reasons stated from the bench, it is hereby

**ORDERED** that Plaintiff's proposed findings of fact are deemed admitted; accordingly, it is further

**ORDERED** that no discovery is necessary; it is further

**ORDERED** that the parties may submit any supplemental briefing on additional case law for the Court to consider on or before September 4, 2026.

**ENTERED** this 28th day of August, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE