**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MARY COMANS,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,<br><br>*Defendants*. | No. 1:25-cv-01237-MSN-WEF |

**PLAINTIFF'S MOTION FOR ORDER REMEDYING DEPRIVATION OF PROPERTY WITHOUT DUE PROCESS**

In its Opinion of July 21, 2026, Dkt. No. 64, this Court granted summary judgment in favor of Plaintiff Mary Comans on both of her due process claims, and held that she was deprived of both property and liberty without due process. The Court granted a remedy for the deprivation of liberty without due process, ordered a name-clearing hearing, but granted no remedy for the deprivation of property without due process. *See id*. at 16. Ms. Comans hereby moves for a remedial order addressing the deprivation of property without due process; specifically, Ms. Comans moves the Court to order Defendants to reinstate her with full service credit and other benefits she would have accrued had she not been unlawfully terminated.

Dated: October 5, 2026

*(signature page to follow)*

Respectfully submitted,


*/s/ Kevin T. Carroll*
Kevin T. Carroll, VSB# 95292
Mark S. Zaid (D.C. Bar #440532)
Bradley P. Moss (D.C. Bar #975905)
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
T: (202) 498-0011
Kevin@markzaid.com
Mark@MarkZaid.com
Brad@MarkZaid.com

*/s/ Heidi R. Burakiewicz*
Heidi R. Burakiewicz (D.C. Bar #473973)
BURAKIEWICZ & DEPRIEST, PLLC
1120 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
T: (202) 856-7500
HBurakiewicz@bdlawdc.com

*/s/ Abbe David Lowell*
Abbe David Lowell (D.C. Bar #358651)
David A. Kolansky (D.C. Bar #7680722)
Isabella M. Oishi (D.C. Bar #7680428)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, D.C. 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassocates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

*/s/ Margaret M. Donovan*
Margaret M. Donovan (*pro hac vice*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com

*/s/ Harold Craig Becker*
Harold Craig Becker (D.C. Bar #371239)
Taryn Wilgus Null (D.C. Bar #985724)
Norman L. Eisen (D.C. Bar #435051)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, S.E., No. 15180
Washington, D.C. 20003
T: (202) 594-9958
craig@democracydefenders.org
taryn@democracydefenders.org
norman@democracydefenders.org

*/s/ Kevin Byrnes*
Kevin Byrnes, VSB 47623
Patriots Law Group
5819 Allentown Road
Suitland, Maryland 20746
T: 301-952-9000
KevinByrnes@patriotslaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing on October 5, 2026 with the Clerk of Court using the CM/ECF system, which will send a notification of filing to all counsel of record.

*/s/ Kevin T. Carroll*
Kevin Carroll, VSB 95292