**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MARY COMANS,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,<br><br>*Defendants*. | No. 1:25-cv-01237-MSN-WEF |

**[Proposed] ORDER GRANTING REMEDY**

In its Opinion of July 21, 2026, Dkt. No. 64, this Court granted summary judgment in favor of Plaintiff Mary Comans on both of her due process claims, holding that she was deprived of both property and liberty without due process. The Court granted a remedy for the deprivation of liberty without due process, ordered a name-clearing hearing, but granted no remedy for the deprivation of property without due process. *See id*. at 16. Ms. Comans has now moved for a remedial order addressing the deprivation of property without due process; specifically, Ms. Comans has moved the Court to order Defendants to reinstate Ms. Comans with full service credit and other benefits.

The Court has considered the Memorandum in Support of the Motion, the Defendants' Opposition, and Plaintiff's Reply and it is hereby,

ORDERED that the Motion is granted, and;

FURTHER ORDERED that Defendants shall reinstate Ms. Comans to the position she held at the time of her unlawful termination with full service credit and other benefits she would have accrued had she not been terminated.

Dated:

________________________
Michael Nachmanoff
United States District Judge